UNITED STATES COURT OF APPEALS
SECOND CIRCUIT
_____

**Vicky Ware Bey, In Proper Persona Sui Juris**

**JOHN DOE 1 – 1000, JANE DOE 1 - 1000**

**Plaintiff / Petitioner / Claimant / Crime Victim Aggrieved and Injured Party**

    VS

**Mayor Eric Adams for the
CITY OF NEW YORK**

**CITY OF NEW YORK**

**Louis Molina, Commissioner for the
NEW YORK CITY DEPARTMENT OF CORRECTIONS**

**Melanie Whinnery, Executive Director for the
NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM**

**NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM**

**JOHN DOE 1-10,000, JANE DOE 1-10,000**

**DEFENDANT(S)**
_____

**AFFIRMATION NOTICE OF SCHEDULING FOR APPELLEES BRIEF**

**CASE # 23-1**

PLEASE TAKE NOTICE the Plaintiff / Petitioner / Claimant / Crime Victim Aggrieved and Injured Party-Appellant, Vicky Ware Bey, In Proper Persona, Sui Juris affirms that she is personally knowledgeable of all facts and circumstances involved in this matter. The Defendants / Appellees were served the Appellants Brief (docket # 65) and all seven Appendices (Dockets #56,66,67,75,76,77,79) on January 20, 2023, the Defendants have 30 days to respond with an Appellees Brief. The Plaintiff / Petitioner / Claimant / Crime Victim Aggrieved and Injured Party-Appellant will not consent to an extension of time for the Defendants to answer. An

oral argument upon appeal was requested by the Appellant on January 3, 2023, for March 7, 2023.

Hard copies of the Plaintiffs/ Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Parties Appellant's Brief and seven Appendices are filed on court record in the U.S. Court of Appeals for the Second Circuit.

The Defendants have 30 days from the date of service upon them to file an Appellees Brief in response, if a timely response is not received default judgment will be taken against the Defendants.

Dated: January 27, 2023

*Vicky Ware Bey*
_____
Vicky Ware Bey, In Proper Persona
Vicky Ware, Ex Relatione
All Rights Reserved, UCC 1-207, 1-308
c/o 80 Patton Avenue
Wyandanch Territory, New York Republic [11798]