UNITED STATES COURT OF APPEALS
SECOND CIRCUIT
_____

Vicky Ware Bey, In Proper Persona Sui Juris

JOHN DOE 1 – 1000, JANE DOE 1 - 1000     **NOTICE OF HARD COPY FILING OF EMERGENCY MOTION FOR INTERIM INJUNCTIVE AND MONETARY RELIEF**

Plaintiff / Petitioner / Claimant / Crime Victim
Aggrieved and Injured Party – Appellant

      VS              **CASE # 23-1**

Mayor Eric Adams for the
CITY OF NEW YORK

Louis Molina, Commissioner
NEW YORK CITY DEPARTMENT OF CORRECTIONS

NEW YORK CITY DEPARTMENT OF CORRECTIONS

Melanie Whinnery, Executive Director
NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM

NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM

JOHN DOE 1-10,000, JANE DOE 1-10,000

DEFENDANT(S)
_____

PLEASE TAKE NOTICE, the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party - Appellant, Vicky Ware Bey, affirms that on February 10, 2023, hard copy filings of her Emergency Motion for interim injunctive and monetary relief was mailed to the United States Court of Appeals, Second Circuit at 40 Foley Square, New York, New York 10007, and received by the Court on February 11, 2023, which was already served upon the Defendants.

Date: February 13, 2023             /s/ Vicky Ware Bey

                                            _____
                                            Vicky Ware Bey, In Proper Persona
                                            Vicky Ware, Ex Relational
                                            All Rights Reserved, Without prejudice
                                            c/o 80 Patton Avenue
                                            Wyandanch Territory, New York [11798]