# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-1

**Caption [use short title]**

**Motion for:** an oral argument upon appeal via video conferencing and to immediately add this matter to the court calendar.

Set forth below precise, complete statement of relief sought:

an oral argument upon appeal between March 28, 2023 and March 31, 2023, via video conferencing is requested. Please add this matter to the court calendar for an oral argument upon appeal.

Ware Bey et al. v Eric Adams, Mayor et al

**MOVING PARTY:** Vicky Ware Bey, (non-Attorney)   **OPPOSING PARTY:** A. Karlin, City of New York Law Department / Corporation Counsel

✔ Plaintiff    ☐ Defendant
✔ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** Vicky Ware Bey, (non Attorney)   **OPPOSING ATTORNEY:** A. Karlin, City of New York Law Department /Corporation Counsel

[name of attorney, with firm, address, phone number and e-mail]

Vicky Ware Bey, (non-Attorney)   |   A. Karlin for Sylvia Hinds Radix, City of New York Law Department / Corporation Counsel

c/o 80 Patton Avenue, Wyandanch Territory, New York Republic [11798]   |   100 Church Street, New York, New York [10007]

email:endworkplaceviolence@aol.com, Phone: 347-869-8529   |   email:AKarlin@law.nyc.gov

**Court- Judge/ Agency appealed from:** Robert Lehrburger, Paul Engelmayer, U.S. District Court, Southern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
✔ Yes   ☐ No (explain):_____

Opposing counsel's position on motion:
☐ Unopposed   ☐ Opposed   ✔ Don't Know
Does opposing counsel intend to file a response:
☐ Yes   ☐ No   ✔ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ✔ Yes   ☐ No
Has this relief been previously sought in this court?   ✔ Yes   ☐ No
Requested return date and explanation of emergency: The Plaintiff / Appellant and her relatives are crime victims and an immediate and complete separation from the Defendants and their criminal accomplices are required an oral argument upon appeal was requested upon filing the Notice of Appeal. Please add this matter to the court calendar for an oral argument upon appeal.

Is oral argument on motion requested?   ☐ Yes   ☐ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes   ✔ No   If yes, enter date:_____

**Signature of Moving Attorney:**

Vicky Ware Bey (non-attorn   **Date:** 02/12/2023   **Service by:** ✔ CM/ECF   ☐ Other [Attach proof of service]

*Vicky J. Bey All Rights Reserved (Non-Attorney)*

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

ORAL ARGUMENT STATEMENT (Local Rule 34.1(a))

TO REQUEST ORAL ARGUMENT, FILL OUT THIS FORM AND FILE IT WITH THE CLERK WITHIN 14 DAYS AFTER THE FILING OF THE LAST APPELLEE BRIEF. IF THIS FORM IS NOT TIMELY FILED, YOU WILL NOT BE PERMITTED TO ARGUE IN PERSON.

Short Title of Case: Ware Bey, et al v. Eric Adams, Mayor et al    Docket No.: 23-1

Name of Party: Vicky Ware Bey, In Propria Persona

Status of Party (e.g., appellant, cross-appellee, etc.): Appellant

Check one of the three options below:

✔ I want oral argument.

___ I want oral argument only if at least one other party does.

___ I do not want oral argument.

An attorney whose preference depends on whether other attorneys will argue should consider conferring before requesting argument. After the appeal has been scheduled for oral argument, a motion by counsel to forgo oral argument, even on consent, may be denied.

If no party wants oral argument, the case will be decided on the basis of the written briefs. If you want oral argument, you must appear in Court on the date set by the Court for oral argument.

The Court may determine to decide a case without oral argument even if the parties request it.

If you want oral argument, state the name of the person who will argue:

Name: A. Karlin, from the City of New York Law Department / Corporation Counsel

(An attorney must be admitted to practice before the Court in accordance with Local Rule 46.1.)

If you want oral argument, list any dates (including religious holidays), that fall in the interval from 6 to 20 weeks after the due date of this form, that the person who will argue is not available to appear in Court:

March 28, 2023, March 29, 2023, March 30, 2023 or March 30, 2023, for an oral

argument upon appeal is requested for any of these dates please place this matter on the Court Calendar

ANYONE WHO WANTS TO ARGUE MUST UPDATE THE COURT IN WRITING OF ANY CHANGE IN AVAILABILITY. THE COURT MAY CONSIDER A FAILURE TO UPDATE ABOUT AVAILABILITY WHEN DECIDING A MOTION TO POSTPONE A SET ARGUMENT DATE.

Filed by:

Print Name: Vicky Ware Bey, In Propria Persona, Sui Juris    Date: 02-12-23

Signature: Vicky B-Bey All Rights Reserved

(Revised December 2011)