UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

_____

Vicky Ware Bey, In Proper Persona Sui Juris

JOHN DOE 1 – 1000, JANE DOE 1 - 1000

Plaintiff / Petitioner / Claimant / Crime Victim
Aggrieved and Injured Party – Appellant

      VS

Mayor Eric Adams for the
CITY OF NEW YORK

Louis Molina, Commissioner
NEW YORK CITY DEPARTMENT OF CORRECTIONS

NEW YORK CITY DEPARTMENT OF CORRECTIONS

Melanie Whinnery, Executive Director
NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM

NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM

JOHN DOE  1-10,000, JANE DOE 1-10,000

DEFENDANT(S)

**NOTICE OF HARD COPY
FILING OF MOTION TO
COMPEL WITH SUPPORTING
PAPERS AND DISCOVERY
DEMANDS THAT REQUIRE
ANSWERS WITHIN 30 DAYS**

  **CASE # 23-1**

_____

PLEASE TAKE NOTICE, the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and

Injured Party - Appellant, Vicky Ware Bey, affirms that on February 8, 2023, hard copy filings

of her Motion for the court to issue an order compelling the Defendants to comply with her

discovery demand along with all supporting paper and her request for the production of specified

documents, answers and admissions, and answers with explanations were filed in the United

States Court of Appeals, Second Circuit at approximately 1:25 pm, located at 40 Foley Square,

New York, New York 10007, and served upon the Defendants via CM/ECF and email who were

given 30 calendar days from this date to answer, which is March 10, 2023.


Date: February 8, 2023          /s/ Vicky Ware Bey

                              _____

                              Vicky Ware Bey, In Proper Persona
                              Vicky Ware, Ex Relational

All Rights Reserved, Without prejudice
c/o 80 Patton Avenue
Wyandanch Territory, New York [11798]

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 23-1 _____        Caption [use short title]

Motion for: Order to compel discovery

_____

_____

Set forth below precise, complete statement of relief sought:

PLEASE TAKE NOTICE the Plaintiff / Petitioner / Claimant          Ware Bey, et al v. Eric Adams, Mayor et al.

Prime victim/ Aggrieved and Injured Party moves the

Court to immediately issue an Order Compellig the Defendants

to comply with all discovery demands within 30 days of the

filing of this motion

_____

_____

MOVING PARTY: Vicky Ware Bey, In Propria Persona          OPPOSING PARTY: _____

  ✔ Plaintiff            ☐ Defendant

  ✔ Appellant/Petitioner   ☐ Appellee/Respondent

MOVING ATTORNEY: Vicky Ware Bey, (non -Attorney)          OPPOSING ATTORNEY: _____

[name of attorney, with firm, address, phone number and e-mail]

Vicky Ware Bey,                                          Sylvia Hinds Radix, New York City Law Department

C 80 Patton Avenue, Wyandanch Territory, New York Republic [11798]   100 Church Street, New York New York 10007

endworkplaceviolence@aol.com; Phone 347-869-8529

Court- Judge/ Agency appealed from: Robert Lehrburger, Paul Engelmayer, U.S. District Court, Southern District NewYork

Please check appropriate boxes:                          FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND
                                                         INJUCTIONS PENDING APPEAL:
Has movant notified opposing counsel (required by Local Rule 27.1):    Has this request for relief been made below?        ☑ Yes  ☐
    ✔ Yes   ☐ No (explain): _____            Has this relief been previously sought in this court?  ☐ Yes  ☑ No
    _____              Requested return date and explanation of emergency:   30 days . to proceed
                                                         and to prevent any unreasonable delays. The Plaintiff / Petitional/ Claimant / Crime victim
Opposing counsel's position on motion:                   Appellant and her relativwes are crime victims who are being stalked deprived of thier name
    ☐ Unopposed  ☐ Opposed  ✔ Don't Know                and teir privacy is being forcefully invaded daily 24 hours a day without thier consent
Does opposing counsel intend to file a response:
    ☐ Yes  ☐ No  ✔ Don't Know

Is oral argument on motion requested?          ☐ Yes  ✔ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?          ☐ Yes  ✔ No  If yes, enter date: _____

Signature of Moving Attorney:

Vicky Ware Bey, (non -Attorney) Date: 02-08-2023       Service by: ✔ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT IN NEW YORK

Vicky Ware Bey, In Proper Persona Sui Juris

JOHN DOE 1 – 1000, JANE DOE 1 - 1000

Plaintiff / Petitioner / Claimant / Crime Victim
Aggrieved and Injured Party

    VS

Mayor Eric Adams for the
CITY OF NEW YORK

Louis Molina, Commissioner
NEW YORK CITY DEPARTMENT OF CORRECTIONS

NEW YORK CITY DEPARTMENT OF CORRECTIONS

Melanie Whinnery, Executive Director
NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM

NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM

JOHN DOE 1-10,000, JANE DOE 1-10,000

DEFENDANT(S)

**AFFIDAVIT IN
SUPPORT OF DEMAND
FOR DISCOVERY AND
PROVISIONAL RELIEF
MONETARY AND
INJUNCTIVE**

**CASE # 1:22-CV-02593**

23-1

RECEIVED
FEB - 8 PM 1: 25
COUNTER 2
OFFICE
OF APPEALS

I am the Plaintiff / Petitioner / Claimant / Crime Victim Aggrieved and Injured Party, Vicky Ware

Bey, In Proper Persona, Sui Juris. I affirm that I am personally knowledgeable of all facts and

circumstances involved in this matter.

Vicky Ware Bey, In Proper Persona, Sui Juris, the Plaintiff / Petitioner / Claimant / Crime Victim

/ Aggrieved and Injured Party respectfully submits this Affidavit in support of her motion and

Memorandum of law for discovery from the Defendants Eric Adams, Mayor for the City of New

York, City of New York, Louis Molina, Commissioner for the New York City Department Of

Corrections, New York City Department Of Corrections; Melanie Whinnery, Executive Director

for the New York City Employees Retirement System, New York City Employees Retirement System pursuant to FRCP 26. The Plaintiff / Petitioner / Claimant / Crime Victim Aggrieved and Injured Party will proceed and demand discovery from the Defendants pursuant to FRCP 31 (a)(1). The Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party needs to conduct discovery in this matter to obtain documents from the Defendants. Prior to this court action she made good faith attempts to retrieve the following specified documents she previously requested: Her Personnel Records, Medical Records and her Requests for Transfers. The Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party now requests Employees Manual for the City of New York, New York City Department of Corrections and New York City Employees Retirement System, and Corrections Officers Benevolent Associations most recent Collective and Bargaining Agreement with the City of New York / New York City Department of Corrections to further ascertain whether or not the Defendants were in compliance with their own manuals and to provide the court with additional proof of her grievances and claims for which relief could be granted in her causes of action.

For these reasons, and the reasons set forth herein, the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party respectfully moves this court to issue a Subpoena Duces Tecum and an order compelling the Defendants to comply with pre-trial discovery demand in addition to producing the Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Party's complete Personnel Record, Medical Record, Request for Transfers, Employees Manual for the City of New York, New York City Department of Corrections and New York City Employees Retirement System, Corrections Officers Benevolent Associations most recent Collective and Bargaining Agreement with the City of New York / New York City Department of Corrections; and to answer her written Interrogatories, and Answers and Admissions in its entirety.

- The Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party is entitled to the discovery sought. Each of the Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Party's discovery requests seek documents and information related to her causes of action and claims for which relief could be granted pertaining to these issues in this litigation.

- For example the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party requests complete Personnel Record, Medical Record, Request for Transfers, Employees Manual for the City of New York, New York City Department of Corrections and New York City Employees Retirement System, Corrections Officers Benevolent Associations most recent Collective and Bargaining Agreement with the City of New York / New York City Department of Corrections; responses and answers to her written interrogatories, and Answers and Admissions can further prove and demonstrate: (1) the duration of her employment without incident; (2) her tenure; (3) further establish her line or performance of duty injuries she sustained while interacting with an inmate which are the direct and proximate cause of physical disabilities; (4) prove that the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party who had seniority and tenure tried to mitigate her injuries by trying to avoid a hostile work environment by applying for transfers off of Rikers Island for which there were openings for as well as other positions within the New York City Department of Corrections she was qualified for and denied; (5) The production of the Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Party's medical records will further prove she is eligible for a performance of duty disability retirement pursuant to Article 14, Section 507-c in the Retirement Social Security Law which is ¾ of her average salary; The Production of the N.Y.C.E.R.S Employee manual will further prove that the Defendants did not properly administer their duties in addition to breaching their fiduciary duties; (6) The Employees manual for the City of New York will provide additional proof that the City of New York failed to comply with City, State, and Federal Laws pertaining to employment law and criminal law and breached their duties after they were notified via a complaint the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party filed a complaint with the New York City Commission of Human Rights May 2015 regarding employment discrimination and retaliation, New York City Commission of Human Rights operates under the auspice of the City of New York; (7)The Employees manual for the City of New York will provide additional proof that the City of New York failed to comply with City, State, and Federal Laws pertaining to employment law and criminal law and breached their duties after they were personally notified by the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party personally after meeting with her via Employee Assistance Program "EAP" on June 2017 and other occasions regarding employment discrimination and retaliation.

- Material requested for discovery by the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party is necessary for the prosecution of this action, and will further prove to the court: (1) her duration of employment; (2) how the Defendants acted in bad faith by banning the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party, a tenured employee from employment after she objected to being sexually harassed

in the workplace; (3) it would further prove that the she suffered an adverse employment action; (4) it would further prove how she was injured by the Defendants intentional reckless disregard when they knew she was being sexually harassed and subjugated to hostile working environment; (5) It would further prove how the Defendants intentionally discriminated against her by denying her equal employment opportunities by intentionally failing to transfer her to another location or giving her an opportunity for another position which will be demonstrated by her transfer requests and applications for other opportunities within New York City Department of Corrections which are included in her personnel file; (6) It would further prove the Defendants intentionally acted in bad faith by constructively and medically discharging the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party who was a tenured employee with less than one year and 4 months to retire.

- The Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Party's medical records at New York City Department of Corrections Health Management Division and New York City Employees Retirement System will further prove and establish that the Defendants had extensive knowledge of her line / performance of duty injuries which they used to discriminate against her based upon her inmate related occupational disability when they retaliated against her for objecting to being sexually harassed at work by Aaron Scarlett who caused an offensive and hostile work environment.

- If the Defendants produce the Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Party's medical records it would further prove and establish that the performance of duty injuries she sustained while interacting with an inmate upon responding to an alarm for an inmate disturbance are the direct and proximate cause of her physical disabilities.

- If the Defendants produce the Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Party's medical records it would further prove and establish that N.Y.C.E.R.S was also in possession of the Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Party's medical records and knew she sustained injuries at work during the performance of her duties while interacting with an inmate and it is the direct and proximate cause of occupational related physical disabilities which makes her eligible for a performance of duty disability retirement.

- If the Defendants produce copies of N.Y.C.E.R.S employee manual it would further establish the proper protocol for all employees to properly administer their duties pertaining to all retirees, both ordinary retirement, and disability retirement.

- If the Defendants produce copies of N.Y.C.E.R.S employee manual it would further establish how they are supposed to administer their duties pertaining to all retirees and further establish their fiduciary duties to the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party.

- If the Defendants produce copies of N.Y.C.E.R.S employee manual it should contain laws pertaining to ERISA which they must follow since they receive federal funding and are required to adhere to all Federal laws including anti-discrimination laws, which would further prove the Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Party's grievances, causes of action and claims for which relief could be granted.

- The production of N.Y.C.E.R.S employee manual will further establish how they breached their fiduciary duties towards the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party.
- The production of the Corrections Officers Benevolent Associations must recent and previous Collecting Bargaining Agreements with the City of New York / New York City Department of Correction will further prove the Defendants are not in compliance with their anti-discrimination clauses.
- Answers to the Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Party's written interrogatories pertaining to their hiring, retention and training practices pertaining to all employees whether hired or appointed will further prove how they did not adhere to their own written practices Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party was injured by the Defendants negligence and how they could have foreseen her injuries and the injuries of other employees.
- If the Defendants would have answered the Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Party's written interrogatory concerning Aaron Scarlett it would have further proved how she was injured by their negligent hiring and retention practices.
- Answers to the Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Party's written interrogatory concerning Aaron Scarlett, will further establish how the negligent hiring, retention and training practices injured her and how the defendants gross negligence caused public injuries and would further demonstrate their liability for this employee.
- Answers to the Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Party's written interrogatory concerning Joseph Ponte will further prove that the Defendants actions were intentionally discriminatory, actionably discriminatory.
- Answers to the Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Party's written interrogatory concerning Joseph Ponte who was appointment as Commissioner when she was discriminated and retaliated against, suffering an adverse employment action, and becoming a crime victim at work which adversely and fatally affected some of her relatives will further establish that the Defendants act under color of law, office, authority, statute, ordinance, regulation etc all conspired to retaliate against her using their titles and positions to willfully violation the United States Constitution to invade her home and the homes of her relatives, illegally and unlawfully installing hidden eavesdropping and surveillance equipment without their knowledge and without their implied or expressed written consent to intentionally stalk interstate, monitor, record, and disseminating intimate images of them publicly over the internet to other employees and to the general public to intentionally sexually exploit them to degrade and dehumanize them for entertainment, sexual gratification, and for profit without their knowledge or implied or expressed consent in violation of the of Declaration of Rights of Indigenous Peoples, CERD, Declaration of Human Rights, Fourth Amendment of the United States Constitution, Federal Laws, New York State Laws and other State Laws and in violation of Title 18 U.S.C 1801; Title 18 U.S.C 2511; Title 18 U.S.C 2261A; Title 18 U.S.C 242;

Title 18 U.S.C 241; New York Penal Laws 250.40; 250.45; 250.50 and New York State Human Rights Laws 296; 297.

- Answers to the Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Party's written interrogatory, Answers and Admissions will further prove how the Defendants official Misconduct injured her, and is the direct and proximate cause of her father's premeditated murder / hate crime, and wrongful death and it will reveal the Defendant's ability to commit crimes against the Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Party's relatives in other States and possibly causing their deaths and injuries.

- Answers to the Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Party's written interrogatory, Answers and Admissions will determine if other parties should be joined to this lawsuit whether they are Defendants or Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Party's.

This is another sufficient reason why the restoration of the original caption in this action must be restored, and JOHN DOE 1 – 1000, JANE DOE 1 – 1000 as Plaintiffs / Petitioners / Claimants / Crime Victims / Aggrieved and Injured Parties because of the death of her father who was also a stalking victim and a witness to this crime and is also permissible pursuant to FRCP 25(a)(1), not to mention others are being injured by this 8+ year ordeal and the Defendants ongoing criminal course of conduct. New York City Department of Corrections as Defendants must not be terminated in this action either pursuant to section 51 of General Municipal Law; this is where the ordeal began at. For the reasons set forth in the Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Party's complaint, cause of action and stated claims for which relief could be granted she asks the court for an additional provisional remedy which is a restraining order / injunctive relief from the Defendants for her and her relatives interstate. The Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party asks the court to issue her the requested interim monetary relief as a provision remedy within 7 days because of the injuries that are being inflicted upon her and relatives because of the Defendants gross negligence, negligent hiring, retention, and training practices that lead to and is a major contributory factor causing a multitude of substantive and substantial injuries to the Plaintiff / Petitioner / Claimant /

Crime Victim / Aggrieved and Injured Party and her relatives which some are deceased in connection to this eight year ordeal the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party was subjected to by the gross negligence and willful unlawful and illegal acts of the Defendants who are intentionally depriving the Plaintiff / Petitioner / Claimant / Crime Victim Aggrieved and Injured Party and her relatives of their inalienable rights, of their life, liberty and the pursuit of happiness in violation of the Declaration of Independence and intentionally conspiring against the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party and her relatives rights and depriving them of their rights under color of law in violation of Title 18 U.S.C 241, Title 18 U.S.C 242, 18 U.S.C 245(b),(B),(C),(E); (2),(B),(C),(F),(4), 18 U.S.C 249. The Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party and her relatives lives will never be the same again because of the intentional criminal actions of the Defendants who are grossly negligent who have, and are acting with complete malice. A monetary provisional remedy is also needed to restore Plaintiff's / Petitioner's / Claimant's / Crime Victim's Aggrieved and Injured Parties and her relatives privacy which they are being deprived of daily without their expressed or implied consent which has been forcefully imposed upon them the Defendants and their criminal accomplices / conspirators who are intentionally infringing upon their rights and depriving them of their rights in violation of the United States Constitution and the Declaration of Independence.

If the Defendants refuse to comply with the Plaintiff's / Petitioner's / Claimant's / Crime Victim's Aggrieved and Injured Party's discovery demands within 30 days she moves this court in advance to issue an order to compel the Defendants to comply with discovery demands in its entirety or to sanction the Defendants. The Defendants have already been put on notice in addition to being personally served the Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and

If the **Defendants or any party, or a person who at the time of a deposition is taken or an examination or inspection is made is an officer, director, member, employee or agent of a party or otherwise under a party's control, refuses to obey an order for disclosure or willfully fails to disclose information which the court finds ought to have been disclosed pursuant to this article, the court may make such orders with regard to the failure or refusal as are just, among them:**

1. an order that the issues to which the information is relevant shall be deemed resolved for purposes of the action in accordance with the claims of the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party obtaining the order; or

2. an order prohibiting the Defendants / disobedient party from supporting or opposing designated claims or defenses, from producing in evidence designated things or items of testimony, or from introducing any evidence of the physical, mental or blood condition sought to be determined, or from using certain witnesses; and

3. an order striking out the Defendant's pleadings in its entirety, or rendering a judgment by default against the Defendant / disobedient party.

The Plaintiff / Petitioner / Claimant Crime Victim / Aggrieved and Injured Party hereby incorporates all prior documents filed on court record by her in connection with this document which includes but not limited to the Complaint and Petition with it exhibits as proof of her claims for which relief could be granted.

Please answer this demand for discovery in its entirety, an extension of time will not be granted. The Plaintiff / Petitioner / Claimant Crime Victim / Aggrieved and Injured Party does not consent to an extension of time. All responses made by the Defendants must be in writting.

The Defendants are instructed to return their answers and the production of the specified documents to the Plaintiff / Petitioner / Claimant Crime Victim / Aggrieved and Injured Party, Vicky Ware Bey, In Propria Persona at c/o 80 Patton Avenue, Wyandanch Territory, New York Republic [11798].

Dated: April 13, 2022

Witnessed hereto before me
On the 13th Day of April, 2022

_____
Notary

_____
Vicky Ware Bey, In Propria Persona
Vicky Ware, Ex Relatione
All Rights Reserved, without prejudice
c/o 80 Patton Avenue
Wyandanch Territory, New York Republic

TINA NAPOLITANO
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01NA6077321
Qualified in Suffolk County
My Commission Expires: 7-8-22

SUPREME COURT FOR THE STATE OF NEW YORK
KINGS COUNTY

---

Vicky Ware Bey, In Propria Persona, Sui Juris

Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved
and Injured Party

VS

Melanie Whinnery, Executive Director for the
NEW YORK CITY EMPLOYEES RETIREMENT SYSTEM
N.Y.C.E.R.S.

N.Y.C.E.R.S
NEW YORK CITY EMPLOYEES RETIREMENT SYSTEM

Cynthia Brann Acting Commissioner for the
NEW YORK CITY DEPARTMENT OF CORRECTIONS

NEW YORK CITY DEPARTMENT OF CORRECTIONS

CITY OF NEW YORK

DEFENDANT(S)

**AFFIDAVIT**
VICTIMS TESTIMONY
CONSENT DECREE
PRE TRIAL DEMAND FOR
DISCOVERY

**Trial by Jury Demanded**

**INDEX #: 518540/2019**
**Assigned Judge**
**Rosemarie Montalbano**

---

The Plaintiff/ Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party, Vicky Ware

Bey, In Proper Persona, Sui Juris who is an Aboriginal, and Indigenous Moorish American and

the Authorized Representative for "VICKY WARE" reserves all of her inalienable rights including

the right to have a trial by jury, hereby affirms that she is personally knowledgeable of all of the

facts circumstances concerning this matter.

The Plaintiff/ Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party in this matter

filed a Verified Hybrid Petition and Complaint for a redress of her grievances for the intentional

injuries inflicted upon her by the Defendants who intentionally and actionably discriminate and

retaliate against her. The Defendants ongoing criminal course of conduct towards the Plaintiff/

Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party in this matter is in retaliation for exercising her rights as a human being and as an employee who objected to being sexually harassed at work by a male employee, Aaron Scarlett who caused and created a hostile and offensive work environment that was so offensive that anyone in this situation would be offended. The Plaintiff/ Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party suffered an adverse employment actions because she objected to being sexually harassed in the work place, submitting a complaint about being retaliated against, and because of her line of duty injury she sustained while interacting with an inmate in the performance of her duties which is the direct and proximate cause of her occupationally related permanent disabilities in which the Defendants intentionally and actionably discriminate against her.

The Defendants conspired to deprive the Plaintiff/ Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party of her rights under color of law. The Defendants Discriminated against her based upon her sex/gender, national origin, age, disability she sustained in the line of duty, and current status as a crime victim which is related to employment retaliation and work place violence and in terms of compensation.

The Defendants used their employment positions, job titles, and employment related resources and training to criminally abuse their power to intentionally discriminate against, and deprive the Plaintiff/ Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party and her relatives of their inalienable rights and human rights by criminally trespassing upon their personal private property, houses and effects, stealing documents and other items and effects from their houses while illegally and unlawfully installing hidden cameras and eavesdropping equipment inside of their homes where they have a reasonable expectation of privacy to stalk them, and illegally and unlawfully monitor, surveil, record and illegally and unlawfully disseminate intimate images of

them to other employees at work and to the general public without their knowledge or expressed or implied consent, intentionally causing them irreparable and permanent injuries in retaliation for the Plaintiff/ Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party exercising her secured rights. The Defendants criminal course of conduct has continued in addition to them illegally and unlawfully intercepting and disseminating all of the Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Party's and her relatives wire, wireless, oral and electronic communication since she objected to being sexually harassed at work by another employee in December 2014.

The purpose of the Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Party's Verified Hybrid Petition and Complaint is to recover damages for intentional and actionable employment discrimination and, deprivation of rights under color of law and the deprivation of rights guaranteed by the United States Constitution and pursuant to Title 42 U.S.C 2000e-17 et al; Title 42 U.S.C 2000e-2; Title 42 U.S.C 2000e-3; Title 42 U.S.C 1983, Title 42 USC 1981; Title 42 USC 1981a; Title 42 U.S.C 2000e-17 et seq, Title 42 U.S.C 12112, Title 29 C.F.R 1604.11, Title 18 USC 241; Title 18 USC 242;Title 18 USC 1801 Title 29 C.F.R 1604.8,Title 29 USC 623, New York Penal Laws, 245.15, 250.05, 250.30, 250.45, 250.60: Title 29 USC 206; New York City Human Rights Law 8-107, 8-107.11; NYC Administrative Code 10-180 New York State Human Rights Law 296 for injuries intentionally inflicted upon her by the Defendants who are in violation of all of these laws who continue to retaliate against for her objecting to being sexually harassed in the workplace by another employee.

July 27, 2021, a virtual conference was held after multiple unreasonable delays regarding this matter whereby the Plaintiff/ Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party has already provided the court with the legal basis for her Verified Hybrid Petition and Complaint

which contained exhibits and prima facie evidence in addition to providing the court with legal basis for which relief could be granted and additional prima facie evidence of her claims including written Expert Testimonies, and a testimony from witnesses who are employees from New York City Department of Corrections, in addition to 99 testimonies from other crime victims.

On date July 27, 2021, prior to the virtual conference, the Plaintiff/ Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party filed a Notice of Default, Judgment Roll, with a Statement of Judgment to the Court and Clerk which is filed on court record, and had already done so on April 16, 2019 which was left in abeyance and is past due.

At the conclusion of this virtual conference held on July 27, 2021, the Judge said she would render a judgment within 30 to 60 days from the date of this conference. Usually, after a conference a judgment is rendered within 14 days. On August 2021, the Plaintiff/ Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party received an email stating that the Judge would not be able to render a decision until Sequence 1 and 2 from New York are formally transferred to this court, Kings County Supreme Court. On August 2, 2021, the Plaintiff/ Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party responded with an Affidavit for judgment in her favor based upon law and prima facie evidence as well as proof that this case was officially transferred to this court, two years ago on August 15, 2019, which includes sequence 1 and 2 which includes docket, and index number 518540/2019 was assigned and generated by this court, Kings County Supreme Court which is sufficient and filed on court record via NYSCEF August 2, 2021 and hard copy filings were received by the court on August 5, 2021.

Sixty days has already expired, a judgment has not been entered and the Defendants criminal course of conduct has not ceased. The Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Party's Motions and Affidavits for Judgment in her favor has been left in

abeyance again. The Plaintiff/ Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party has already sustained multiple injures caused by the Defendants and has endured unreasonable court delays, and physically denied access to the court on return dates for motions in violation of the Civil Rights Act of 1964, Title 2, while she and her relatives are still being deprived of their inalienable and human rights by the Defendants who are intentionally sexually exploiting them, invading their privacy and intruding upon their solitude 24 hours a day, 7 days a week without their expressed and implied consent and without their knowledge. In addition to the Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Party's being physical denied entry into the court in violation of Civil Rights Act of 1964, Title 2 several of her documents filed on court record have been removed and deleted (docket # 456, 512, 564, 566,) by unclean hands to prevent the fair and timely adjudication of this matter which prejudices the Plaintiff/ Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party in this matter. Anyone who hinders the adjudication and prosecution of these acts against the Plaintiff/ Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party is in violation of New York Penal Law 490.35.

The Plaintiff/ Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party became knowledgeable of the Defendants official misconduct at work where she was being taunted and ostracized for being sexually exploited by her employer and their criminal accomplices / conspirators who spread false rumors about her to cause other employees to turn against her and to publicly make and example out of her to discourage other female employees who being sexually harassed in the workplace from coming forward, the court already has evidence of New York City Department of Corrections hostile and offensive work environment that is ran by threat and intimidation by anonymous witness who are enduring abusive and unfair labor practices are afraid to come forward and are crying out for help. in this matter. Judgment should be entered in favor

of the Plaintiff/ Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party who has already established that the Defendants acted solely out of malice and used improper and illegal and unlawful means that amounted to a crime which caused injuries to Plaintiff/ Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party as well as their tortious interference which caused injury to the relationship between Plaintiff/ Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party and named Defendant N.Y.C.E.R.S., the community in which she is domiciled in as well as prospective business contacts and contracts that were deferred and extinguished because of the tortious interference of the Defendants who are staff members for New York City Department of Corrections and their Criminal Accomplices / Conspirators causing the Plaintiff/ Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party substantial economic injuries. the Plaintiff/ Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party established the legal basis for her claims and for which relief could be granted and has already provided the burden of proof, elements, and prima facie evidence which is undisputed and judgment should be entered in her favor.

There are other crime victims who are employed by New York City Department of Corrections who are afraid to come out and who are dependent on this courts decision that would not only have an impact on the Plaintiff/ Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party and her relatives, but other employees who are enduring hostile and inhumane working conditions as well as unfair labors practices that are discriminatory.

PEOPLE ARE DEPENDING ON THIS COURT DECISION FOR PUBLIC SAFETY AND SAFETY IN THE WORKPLACE.

The Plaintiff/ Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party is asking the court to enter a Consent Decree which provides additional safety regulations, equality, and equal

treatment for all employees regardless of their Religion, Sex/gender, National Origin, Disability, Political Affiliation, Societal Affiliations or lack of Political or Societal Affiliations.

How can such level of incompetence go undetected for decades within the NEW YORK CITY DEPARTMENT OF CORRECTIONS. The Plaintiff/ Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party did not do anything to provoke the attacks of this employee, nor did she welcome his hostile sexually harassing conduct that caused a hostile and offensive work environment which was known by the Defendants who intentionally remained reckless indifferent and condoned his conduct for five years. The Plaintiff/ Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party feared she would be retaliated against if she complained about his unwelcomed behavior, thinking her job would become more difficult not knowing she and her relatives would become crime victims and stalked interstate and sexually exploited by the Defendants. The Plaintiff/ Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party and her relatives have been injured by the Defendants negligent hiring and retention and training practices, their reckless disregard, their intentional and actionable acts of discrimination based upon her Sex/gender, National Origin, Occupational Disability, crime victim status which is occupationally related, and in terms of compensation. The Plaintiff/ Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party and her relatives have been injured by the Defendants unfair labor practices and their intentional criminal course of conduct where they conspired to deprive her of her rights in retaliation for exercising her rights. As a result of the Defendants retaliation the Plaintiff/ Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party suffered an adverse employment action as well as ongoing injuries intentionally inflicted upon her by the Defendants causing her substantial economic injuries as well as pain suffering and emotional anguish and the premeditated murder of her late father who was also a victim of this crime and a witness.

A Consent Decree is needed to regulate   NEW YORK CITY DEPARTMENT OF CORRECTIONS and to establish order.   NEW YORK CITY DEPARTMENT OF CORRECTIONS is considered law enforcement pursuant to New York Penal law, and it is responsible for the care, custody and control of inmates as well as the safe operation of all of it facilities and to all of its employees.   NEW YORK CITY DEPARTMENT OF CORRECTIONS is put in a position of public trust, and should not be a major crime syndicate for organized crime known as "Coordinated Stalking", "Organized Stalking" or "Gang Stalking"  which consists of a multitude of felonious crimes.   These crimes not only affect the targeted victim,  their relatives and their work environment, but in adversely affects the public and causes public injuries because this crime is based upon deception.  These horrific crimes are the cause of unemployment, physical injuries, public safety threats, disability and death as a result of the intentional injuries inflicted upon the victims physically and / or mentally.  This crime is the cause of murders and it is an intended slow kill of the victim.

A Consent Decree is needed for NEW YORK CITY DEPARTMENT OF CORRECTIONS. Again, I reiterate the stages of this crime against humanity and its terroristic factors.  This is the testimony of the Plaintiff/ Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party in this matter.

1.   **Initial Covert stalking occurs** without the victim knowing they are being followed and stalked and their oral wire and wireless electronic communications are being intercepted and disseminated by these Rogues and criminals which will gradually increase as they eavesdrop on the victims private conversations and communications.

2.   **Character Assassination occurs through libel, slander and defamation** false rumors are started about the victim by these rogues and criminals who understand propaganda and half lies to coerce other people into participating into discriminating against the victim and stalking the victim.   The perpetrators of this crime use different methods of propaganda to discredit the victim and to hide this organized crime. The organizers of this crime go to the victims neighbors, co workers, past classmates, relatives and small business owners who are located in close proximity to where the victims lives , works or goes to school and spread

false rumors presenting the victim in a false light to solicit other individuals into assisting the aggressors with stalking the victim and bringing information back to them about the victim while the aggressors deceive them and exploit them the same way they exploit the initial victim. During the early stages of this crime the Plaintiff personally witnessed a person with a false accusatory instrument with her picture on it showing it to local residents in her neighborhood who were also participating in stalking the Plaintiff and her son. The perpetrators of this crime can never be trusted they spy and exploit the same people who they solicit to help them commit crimes against their intended victims who are innocent people. During this phase of this crime the criminals who organize this crime actively and aggressively present the victim in a false and negative light, and use slander and libel turn people against them by making inciteful statements through different settings. The victim is unaware that this is being done to them while lies are being spread about them. The victim is usually mistreated, discriminated against and doesn't understand why people are turning against them or mistreating them. Most of the time it occurs with individuals whom they never had a problem with. Slander is the key component of this organized crime.

3.  **Isolation** is the goal of the second stage in this organized crime. The coordinators and perpetrators of these crimes are usually seasoned criminals who have already victimized many other people and who aggressively try to isolate their victims so that they can commit a multitude of crimes against the victim without it being noticed or detected, and if the victim complains about crimes being committed against them it's a high probability that their complaint might be disregarded because of the character assassination of the victim that occurs in the previous stage of this crime that is intentionally done by the Coordinators of this crime who are also perpetrators of this crime through the use of libel and slander.

4.  **Recruitment occurs.** Once the second step is established and the victim is presented in a false and negative light, people are solicited in participating in this crime because they deceived into believing they are doing something benevolent because the perpetrators of this crime misuse their employment status and titles and criminally abuse their power by acting under color of law, office and authority to deceive the public and get them to participate in this organized crime against their victims to intentionally cause public and private injuries. There are some individuals who also impersonate being law enforcement to carry out this crime. **Many people are not aware that they are participating in an organized crime called "Organized Stalking", "Coordinated Stalking", and "Gang Stalking", these terms are used interchangeably .** Some people who knowingly participate in this crime because they are criminals like the organizers of this crime, and some individuals do it because they need money and are bribed with gift cards, store discounts, petty cash, home improvements, cars, houses, promotions in employment, or some type of favor which would be granted through participating crime syndicates. This crime is known by multiple names: "Organized Stalking", "Gang Stalking", "Cause Stalking", "Coordinated Stalking" and most recently " Havana Syndrome". This recruitment process becomes more advanced and

multiple syndicates are involved in this organized crime. If they are not involved in this organized crime they are recruited through bribes or infiltrated.

Syndicates are groups of professionals such as Doctors, Nurses, Psychologists, Morticians, Electricians, Locksmiths, Carpenters, IT Specialists, Intelligence Officers, even entry level workers such as janitors, etc.

5. **Stalking increases and becomes more organized**. People lay in wait in close proximity to the victims home, school or job and follow the victim everywhere they go. The perpetrators of this crime intentionally cause traffic jams just to inconvenience or cause the victim to be late and lose opportunities. Once the victim arrives at their destination the first phase of this crime is repeated at that location and in the surrounding areas the victim frequents. The victims of this crime are stalked by people who are walking, riding bicycles, motorcycles, and driving cars. The majority of the people who participate in this crime communicate with cell phones.

6. **Victim is further discredited**. When the victims complains about being stalked they are immediately discredited and called mentally ill by the perpetrators who initially used slander to discredit the victim and to solicit others into participating into stalking and into committing crimes against the victim. The victim is consistently discredited to conceal the perpetrators intentional criminal course of conduct against them.

7. **Invasion Occurs**. The perpetrators of this crime criminally trespasses upon the victims personal property, invading the victims home after watching the victim over a period of time, learning their schedule after the recruitment phase so that they could easily access the victims home with the assistance of the of the unsuspecting people the solicited into participating in this crime who informs the perpetrators when the victims are not at home so that the perpetrators can break in, steal, install surveillance and eavesdropping equipment to stalk, monitor, record and disseminate and furnish illegal and unlawful recordings of the victim within their homes as well as intimate images of the victims without their implied or expressed consent or knowledge 24 hours a day. While the perpetrators break into the victims home which becomes routine, the victim and other household members who have left their home are being stalked, tracked and followed by the perpetrators accomplices so that the perpetrators / intruders could get in and out before the victim or other members of the household return to their home. The individuals these perpetrators recruit to assist them in committing these crimes, are accomplices and accessories to the murders of the stalking victims and their relatives who are being illegally and unlawfully surveilled in places where they have a reasonable expectation of privacy. The criminals who perpetrate this crime have access to information that is not available to the general public and use this information to track down the victims relatives and this same act is done to the victims relatives interstate without their knowledge or consent to stalk, degrade, and exploit them from within the privacy of their homes or in places where they have a reasonable expectation of privacy. The perpetrators of this crime intentions

are to harm the victims causing them permanent injuries. The perpetrators of this crime intercept and monitor the victims mail, go through their trash and try to monitor their income and subject them to economic abuse like most abusers do. The coordinators and perpetrators of this crime who all conspirators in this matter constantly steal from the victim to intentionally cause them economic injuries in addition to oppressing the victim while intentionally depriving them of their rights.

8. **Illegal and Unlawful Electronic and Video Surveillance Abuse** takes place the Plaintiff/Victims homes are invaded surveillance and eavesdropping equipment is installed inside the victims home without their knowledge or consent and furnished to the public. All of the victims oral, wire, wireless electronic communications are intentionally intercepted and publicly disseminated where private and personal conversations are overheard and text messages are monitored through an SMS tracker and transmitted for the public to hear (this is accomplished by the use of certain software applications that has the capacity to listen to live calls, record calls, view call logs, VOIP call logs, VOIP call recording, and listen to phone surroundings upon activation, and record phone surroundings, activate the camera in the victims cell phone. Some software has the ability to read SMS, and MMS messages and send fake SMS messages and delete SMS messages containing key words , read email., Spy on IM Chats, WhatsApp, Facebook/FB Messenger, Viber, Skype, WeChat, Imessage, BBM, Blackberry PIN, Yahoo Messenger, Hangouts, Telegram, Tinder, Instagram, QQ, Hike. Some software has the capacity to spy on Multimedia files (Video , Image and Audio). Some applications have the capacity to spy on screen shots, address book, calendar, notes, and look at Web pages viewed, and bookmarks. Some software programs actually receive alerts when the sim card is changed, certain contacts are called through an alert wizard. .Some software applications have the ability to capture and record keylogs the entire keystroke history of specified applications on a persons computer. Audio and Surveillance equipment are placed in the victims home where the victims has the expectancy of privacy to stalk, monitor, record and disseminate unauthorized images of the victims to the public to intentionally dehumanized and degrade the victim / Plaintiff in this matter. The victims personal computer gets hacked into and they don't have any privacy on their computers or electronic devices and now these criminals have access to the victims whole life which they expose to the public without the victims knowledge or expressed or implied consent. The criminals do this to the victim so that they could oppress the victim and suppress or deprive the victim of opportunities they worked for or used their creativity to get.

9. **Sensitization and Street Theater occurs** this is a psychological attack on the victim. It's intended to inflict emotional distress and anguish upon the victim by triggering an emotional response from visual or auditory stimuli to intentionally cause the victim to become fearful, distressed, annoyed or to provoke the victim to anger. This stage is executed by individuals who are hired as **Surveillance Role Players. Surveillance Role Players** are individuals who are hired to stalk the victim on foot, by car, bicycle, skate board etc. and some are assigned to intentionally exhibit certain behaviors such as wearing certain colors, or have directed conversations towards the victim and around the victim that are intended

to let the victim know their private information is been divulged to the public from the illegal and unlawful interception and dissemination of their oral, electronic wire, and wireless communications in addition to them being unlawfully and illegally surveilled in a place where they have a reasonable expectation of privacy such as their homes. Some of these Surveillance Role Player will try to intimidate the victim by verbally threatening the victim with physical violence, attempting to sell the victim drugs to get them addicted to intentionally cause them other problems. Mobbing is also a tactic that is used on the victim. Mobbing is a term that is used when multiple people intentionally crowd a victim in a small area. There are also staged vehicular incidents and accidents. Vehicular aggression is a tactic that is used to impede the victims right to travel upon the roads and highways. This intentional infringement upon the victims right to travel is designed to irritate the victim, another example of this harassing conduct is that a person would intentionally sit in front of the victims vehicle at a green light for an extended period of time delay the victim from getting to their destination in a timely manner, stop individuals will intentionally stop abruptly in front of the victim to cause an accident, some individual wo are part of this crime would attempt to run the victim off the road which happened to the Plaintiff on two different occasion once heading east on the Southern State Parkway in 2016, and Once heading West on Sunrise Highway. A similar incident also happened to the Plaintiffs son.

10. **Infiltration occurs** after the victim has been stalked, studied and monitored by the perpetrators of this crime over a period of time, the perpetrators of this crime infiltrate the victims circle of friends and family so that they could get daily information about the victim. The perpetrators of this crime are interested in how their victims are being impacted by the intentional injuries they inflict upon them causing them economic injuries and emotional distress and anguish. The perpetrators of this crime are sick psychopaths who are entertained by the suffering of others and, get enjoyment out of inflicting injuries upon their victims and the victims relatives and loved ones. The perpetrators of this crime also solicit individuals into befriending the victims or the victims relatives, friends, co workers, business partners and associates or anyone who is providing a service to the victim or the victims circle for the purpose of causing the victim substantial injuries, breaking up the victims family, marriage or to indoctrinate the victim their relatives, business partners, associates as a form of control. The perpetrators of this crime stalk, monitor, and study the victim, their relatives, friends, associates to staying ahead of the victim for the despicable purpose of continuing to oppress the victim and to prevent the victim from getting away from these sick predators who are perpetrators of this crime. If the victims considers seeking help and uses any oral, wire, wireless, electronic device they have, which the perpetrators of this crime have already hacked, they will contact the victims source of help, and immediately infiltrate any organization, law firm that the victim considers seeking help from to keep the victim oppressed so that these criminals could keep abusing the victim as well as the victims relatives for profit, entertainment purposes. The perpetrators of this crime will infiltrate the organization through affiliations and befriend individuals whom work within the organization for the purpose of having influence

over them and the organization preventing the victim from escaping from them so that they can continue to abuse, exploit, injure and oppress the victim. The perpetrators of this crime who have already hacked the victims personal computers and electronic devices during the invasion stage and wantonly use their technology to monitor everything the victim does on their computer on or offline. This includes cell phones, tablets etc., these criminals closely monitor and parasitically attach themselves to their victims so that they can prevent them from getting help whether it is in a social or judicial setting to keep the victim oppressed so that the perpetrators of this crime can keep exploiting and abusing the victim. The perpetrators of this crime also interfere with the victims electronic communication by blocking, limiting the victims communication to others to prevent the victim from advancing in life or to prevent them from just getting away from the perpetrators of this horrendous crime, they also use call spoofing to cause confusion or as a distraction. The perpetrators of this crime employs criminals to befriend their victims to learn the victims vulnerabilities and so that the victim would confide in them so that these criminals could abuse the victims even more. This crime also includes entrapment, framings and malicious prosecutions.

11. **Social Engineering** is also a part of this crime where families and couples are intentionally broken up by the coordinators of this crime will get one of their perpetrators to start a relationship with the victim or the victims spouse, boyfriend or girlfriend to break them up. Some of these perpetrators go as far as marrying into the victims family while still following the instructions of the Coordinator of this crime to control the victims relatives while reporting back to the Coordinator of this crime, this is how low it gets. The Coordinators of this crime mainly target men for same sex relationships and same sex intercourse because it effeminizes them making them a less of a threat to their criminality and the individuals who they solicit to turn a heterosexual male into a homosexual male occurs during the infiltration stage of this crime. The Coordinators of this crime infiltrate the victims circle and recruits the weakest person in their circle to betray and injure the victim, they usually start with the victims so called friend to injure them. The Coordinators of this crime usually get someone whom the victims already knows that is why they intentionally intercept and disseminate all of the victims and their relatives oral, wire, wireless, electronic communications to find out who their friends and associates are for the intended purpose of infiltrating and causing injury to the victim. The Coordinators of this crime criminally trespass and invade the victims homes for the purpose of installing hidden eavesdropping and surveillance equipment to stalk the victims within their own homes as well as their relatives homes for the purpose of monitoring, recording and dehumanizing their victims by intentionally disseminating intimate images of them publicly without their knowledge or implied or expressed consent. The coordinators of this crime misuse their education employment status and positions to commit these crimes. The coordinators of this crime recruit, train and solicit potential perpetrators into converting a victim into homosexual for the purpose of destroying the victims life and as means of controlling the victim. The Coordinators and perpetrators of this crime also records their heinous acts while they intentionally inflict injuries upon

their victims for entertainment purposes, profit and sexual gratification. The Coordinators of this crime records and disseminates their sick, perverse and unconscionable actions against the victim whom they intentionally inflict injuries on without the victims knowledge or consent they are also exploiting the perpetrator whom they solicited to commit the crime because they don't trust an individual who would betray and subvertly injure their own friend and, just in case the perp develops a conscious and decides to be a decent human being, the Coordinators of this crime plans to blackmail them and use it against them. The victim does not realize what is happening to them or what has happened to them because they are groomed by the perpetrators who are instructed by their Coordinators / Handlers who are predators in this matter. Homosexuality a weapon that is used to injure and emasculate the victim. The coordinators of this crime go as far as soliciting the victims employer into constructively discharging them to cause the victim economic injuries because the victims employer is in a position of power over the victim and controls the conditions of employment. Some employers are already a part of this crime syndicate and are the initiators of the crime upon the victim who is unaware of it until it happens to them in the workplace. We also must be reminded that this crime is committed by multiple crime syndicates where psychologists and psychiatrists are also involved and assists these criminals in injuring their victims by (1) helping the Coordinators of this crime discredit the victim by intentionally misdiagnosing the victim as having psychosis, or diagnosing them with schizophrenia paranoia to immediately discredit them and , (2) Assisting the coordinators of this crime by using their educations to manipulate the victim psychologically whom they exploit for the purpose of control and inflicting the maximum amount injuries upon them which are lifelong injuries and permanent injuries because the victims is being exploited by these criminals without their knowledge or consent. Neurolinguistic programming is another method that are being used upon the victims by the coordinators of this crime who are also watching the perpetrators they employ to injure the victims. The perpetrators involved in this crime don't they are being watched tracked and traced with the same intensity the victim is by the solicitor and coordinator of this crime who is also deceiving them. The perpetrator gets the victim to confide in them and gains the victims trust and then gradually sexualizes their phony relationship and uses neurolinguistic programming to groom the victim for easy compliance from the victim just for the purpose of degrading, dehumanizing and devaluing the victim for entertainment purposes, sexual gratification, and monetary gain to intentionally inflict physical and emotional injures upon the victim while they are being sexually exploited by the perpetrators and their coordinators. The phony relationship is to make the victim a compliant victim without them knowing it and, its to get the victim to live a lifestyle they never lived before, which becomes an addiction to the victim and it gets the victim to engage in multiple high risk behaviors they would have never engaged in had they not become a victim of this well-orchestrated and organized crime, making the victim susceptible to deadly diseases. This is also another unconscionable and untraceable way of causing someone's death while ruining their lives. Social engineering is also used to promote genocide. Genocide is also part of this heinous crime that mostly targets so called minorities, even

though this crime affects all nationalities and its a global problem that needs to be resolved and stopped for all of humanities sake, but it has to be addressed locally first with the known and exposed perpetrators. The purpose of this crime is to kill the victims without a trace and make their murders look like it came from natural causes whether it's an illness or disease caused and coordinated by this crime from the beginning. The coordinators of this crime are sick psychopathic predators and narcissistic individuals who lie in wait upon their victims by all means, just as a tiger stalks and lies in wait for their prey before the kill. These criminals need to be exposed and separated from society, they're a danger to all of us.

Genocide is defined as the deliberate extermination of a people. This deliberate act results in hate crimes and other tragedies intentionally inflicted upon people and targeted victims. Hate Crimes are crimes that are committed against people based upon their national origin, race and/ or the characteristics that identifies them as such.

The **Shepard Byrd Act also known as the Hate Crimes Prevention Act** was enacted in 2009 to prevent crimes against individuals solely based upon their nationality, national origin, race or sexual orientation. The Hate Crimes Prevention Act is codified at **Title 18 U.S.C 249**.

***Note:*** *James Byrd was a victim of a hate crime who was murdered Jasper Texas in 1998. He was tied to a truck by his ankles and dragged through the streets for approximately for over 1 mile on concrete until he was decapitated, and his limbs was torn from his body just because he was identified as an "African American", "Negro", "Colored". He was subjected to this cruel crime based upon his physical Characteristics that identified him as such and deprived him of his human rights. James Byrd had the right to live.*

***Note:*** *Mathew Shepard was beaten, tied to a fence, set on fire and left for dead because he was a homosexual who was killed because of his sexual orientation in 1998.*

These crimes were perpetrated by individuals who have personal biases and prejudices. Everyone has the right to speak and have their own opinions which may include biases and prejudices but they don't have the right to infringe on the rights of others nor do they have the right to intentionally inflict injuries upon another human being nor do they have the right to deprive anyone of their human rights or their rights to life, liberty and the pursuit of happiness.

"Gang Stalking", "Organized Stalking" and "Coordinated Stalking" are serious crimes that include violent acts depicted in the above notes but are worse because the victims of this crime just doesn't suffer one or two events its an ongoing crime that affects the victim 24 hours a day 7 days a week and it includes a multitude of horrific abuses. This crime is about power, control and constant abuse. Its a controlled take down and slow undetectable kill of the victim by the criminals who conspire and perpetrate this awful crime, and some victims are used as

experiments without their consent.

12. **Pre Meditated Murder** is involved one of the purposes of this crime is to severely injure the victim or kill the victim or the victims relatives as well as witnesses to this crime.

13. **Sex Trafficking** is also connected to and involved in this crime. Social engineering is the precursor to sex trafficking where the victims are befriended by the perpetrators of this crime after being stalked, studied, exploited and sexually exploited by perpetrators who groom their victims either of the opposite sex or the same sex, manipulating their victims into thinking nothing is wrong with the behavior they were groomed and indoctrinated by their aggressors who are the perpetrators in this matter. The victim then adopts this behavior as a life style and is destroyed by the perpetrators grooming and manipulation which was aided and abetted by the Coordinators who had the assistance of the psychologist and psychiatrist involved in their crime syndicates.

14. **Directed Energy Weapons also referred to as "DEW"** are used on the victims of this crime to injure, torture or kill them without a trace. Directed Energy Weapons varies in size and strength. Some Directed Energy Weapons are large and are immovable and others are small, portable and, even handheld. Directed Energy Weapons are discharged through lasers which could be employed on individuals from long distances using microwaves, scalar waves and other electronic or magnetic pulses that causes bone damage and deterioration, strokes, brain injuries, heart attacks, external burns, eye injuries, tenitis, vertigo, radiation poisoning, and other ailments and injuries, both lethal and, non-lethal. Directed Energy Weapons are used by the Military and in some Police Departments. Directed Energy Weapons are used by lascivious individuals or groups of conspirators to assault crime victims without a trace because its stealthy and assaults could take place against an the victim without being detected by others because it does not require close contact. Directed Energy Weapons are being used upon individuals who are crime victims without their knowledge or implied or expressed consent. Directed Energy Weapons are more dangerous than firearms, it allows the aggressor to get away assaulting and killing the victim from a distance without sound or external injuries leaving no traces of deadly force that was used against the victim. Directed Energy Weapons could be publicly employed on the victim and undetected by others who are in the immediate area whether its lethal or not. The lethal capacity of DEW goes undetected because the victim will be diagnosed with a disease such as ischemic stroke, congestive heart failure, or a heart attack or some other ailment. If the victim has an underlying medical condition, it makes it easier for the perpetrators and the coordinators of this crime to get away with murdering innocent people who are crime victims in plain sight because their deaths would be attributed to an existing condition and not upon the assault that is being employed upon them by these undetectable weapons. Most directed energy weapon that causes injuries to their victims whether its lethal or not are traceless and easily penetrates through walls and various materials and

are silent and invisible to the eye. Victims of this crime are experimented upon without their knowledge or implied or expressed consent and some people are just tortured by unconscionable individuals who are part of the crime syndicates who commit these heinous crimes against humanity with stolen equipment and or unauthorized use of such weapons. The illnesses associated with the use of these directed energy weapons upon people are now know and associated with Havana Syndrome. The use of these energy weapons was used on American Diplomats in Havana Cuba, before this happened to them millions of people had been complaining about injuries inflicted upon them by directed energy weapons.

15. **Ghosting** occurs this is a term that is used when the victims personal belongings are purposely taken and returned, or moved from one area of the victims home to another area to make the victim and others question their sanity. The victim continues to experience frequent home invasions.

16. **Sabotage occurs continuously** which is oppression and it comes in the form of obstructing justice, preventing the victim from getting help whether its legal, medical etc, as well as interfering in every aspect of a person's life, which includes framings, false accusations, presenting a person in a false light, and sexually exploiting the victim to intentionally cause them pecuniary and irreparable injuries causing the victims to be ostracized and ridiculed based upon what the perpetrators are doing to them against their will.

17. **Death Threats** are continuously made to the victim and their relatives.

18. **Acts Of Terrorism** all of the crimes above are used to intimidate, physically and emotionally injure the victims as well as injuring economically. It involves the solicitation and coercion of other people into committing all of the above crimes against the victim including murder. It includes the solicitation for support of the above acts of terrorism.

The Plaintiff/ Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party is not only a victim of employment discrimination, retaliation, workplace violence, Interstate and international Stalking, and involuntary sexual exploitation, she's a victim of domestic terrorism and her relatives are too.

*Note: **Terrorism** is defined as activities that involve violent acts or acts dangerous to human life that are a violation of the criminal laws of the United States or of any State, or that would be a and are criminal violations if committed and when its within the jurisdiction of the United States or of any State; Appear to be intended— (i) to intimidate or coerce a civilian population; (ii) to influence the policy of a government by intimidation or coercion; or (iii) to affect the conduct of a government by mass destruction, assassination, or kidnapping; and (iv) occur primarily within the territorial jurisdiction of the United States, or transcend national boundaries in terms of the means by which they are accomplished, the natural*

*persons they appear intended to intimidate or coerce, or the locale in which their perpetrators operate or seek asylum.*

The criminals who commit these crimes against their victims each and everyday get to live and breathe, the Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and injured Party's father as well as some of her other relatives and loved ones who are now deceased don't have that option.

For the public to trust law enforcement they can not be part of a crime syndicate who commit these crimes against individuals because the feeling of power and control is intoxicating to them or because they are intimidated by an employer or someone who is in power giving them unlawful orders to coerce, intimidate or injure another human being, nor do they have the right to retaliate against a human being for asserting their rights, or another human being who objects to the ongoing abusive actions of another human being, employee or employer. The rights of every human being must be respected and adhered to according to law.

The main reason why decent uncorrupt employees don't want to show up for daily abuse in this outrageously toxic work environment that are caused by staff members not inmates. Another reason why employees are not coming to work is because the Defendants in this matter are committing a multitude of crimes against Plaintiff/ Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party and her relatives in retaliation for her asserting her rights as a human being and as an employee. The Defendants publicized their intentional discrimination and criminal acts of retaliation and abuse of the Plaintiff/ Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party who is being used as an example to deter other employees from coming forward with complaints about sexual harassment or other employment related issues that could be resolved in a civilized and lawful manner.

An employer must know what boundaries are. What an employee does outside of the workplace or inside of their home is private. An employer does not have the right to stalk, criminally harass

or sexually exploit an employee or an employees relatives interstate under any circumstances. An employer regardless of their Job Title or political affiliations do not have the right to discriminate against an employee based upon Religion, Sex/gender, National Origin, Disability, Political Affiliation, Societal Affiliations or lack of Political or Societal Affiliations, nor do they have the right to act under color of law, office or authority to criminally abuse their power for the purpose of infringing upon the rights of another human being based upon their beliefs, prejudices and biases.

The Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Party's and her relatives lives will never be the same again, and a consent decree is needed to prevent these crimes from happening to other employees. Coordinated Stalking, Organized Stalking and Gang Stalking are horrific crimes that should not be committed against any human being. The court cant do anything about all of the crime syndicates that are involved in this crime but they can start within this court system and with New York City Department Of Corrections to ensure that this does not ever happen to another employee, that is why a Consent Decree is needed as well as other constraints.

**CONSENT DECREE**

NEW YORK CITY DEPARTMENT OF CORRECTIONS must adhere to all City, State, Federal Laws which includes International Treaties, and Human Rights Laws.

NEW YORK CITY DEPARTMENT OF CORRECTIONS is in a position of public trust and must be a creature of the United States Constitution and must be in strict compliance with the United States Constitution and it must never be privatized because it will not be a creature of the United States Constitution and even more human rights abuses will take place against employees and inmates.

NEW YORK CITY DEPARTMENT OF CORRECTIONS must develop better screening process

for applicants of employment whether they are hired or appointed, both uniformed and non-

uniformed staff must be properly screened and investigated for employment.

THE CITY OF NEW YORK AND NEW YORK CITY DEPARTMENT OF CORRECTIONS

must implement an anticorruption and antibribery Policies and Directives pertaining to workplace

violence interdepartmental corruption, discrimination and employment retaliation which is the root

cause of a hostile and unsafe work environment.

NEW YORK CITY DEPARTMENT OF CORRECTIONS, Employers and employees are to

refrain from gang activity and from committing egregious criminal acts in the workplace and

against all employees. If an employer refuses to abide by OSHA Standards, City, State, Federal

Laws including International Treaties, and Human Rights Laws, and creates a hazardous, hostile

and offensive work environment regardless of his Position or Title he or she must be immediately

removed for the welfare and safety of all employees. An employer must not create an environment

of violence and intimidation. If an employer is unlearned and does not know want to do if an

employment related matter arises between two employees or more he /she should be advised by

legal counsel how to address employment related matters in a legal and lawful manner that is fair

to all employees, and not resort to street or brutish tactic based upon favoritism, nepotism of any

type. When an employer act outside of the scope of his/ her duties related to any crime that is

committed against an employee in retaliation for exercising their rights or any other reason, the

agency or department in which they are responsible for operating is liable for their actions and the

Municipality in which it operates under its authority is also liable. because they acted in ultra vires

and used their employment positions to create an commit the offense(s).

NEW YORK CITY DEPARTMENT OF CORRECTIONS, Employers and employees must refrain from discriminating against an employee based upon Religion, Sex/gender, National Origin, Disability, Political Affiliation, Societal Affiliations or lack of Political or Societal Affiliations.

NEW YORK CITY DEPARTMENT OF CORRECTIONS, Employers and employees must refrain from criminally abusing their power and from acting under color of law, office and authority for the purpose of abusing or infringing upon the rights of another human being.

## PRE TRIAL DEMAND FOR DISCOVERY

Attached is a Demand for Discovery the Defendants have 30 days from the filing of this demand to answer it in its entirety or its an admission of the truthfulness contained in the statements and an admission of the questions unanswered.

The production of documentation in the discovery demand is required, answers and admissions / Omissions must be completed and each and every question must be answered within 30 days from the electronic filing of this document.

## TRIAL BY JURY DEMANDED

Based upon the lack of the courts response as well as court errors and omission that were preserved by the Plaintiff/ Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party a trial by jury is demanded and obviously must take place for this matter to be properly adjudicated. A public trial by Jury is demanded.

A Note of issue is already on record.

Witness hereto before me on this
19th day of September 2021

Notary

SANDEEP A SHAH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01SH6364434
Qualified in Suffolk County 2 0 2 5
My Commission Expires 09-11-2021

Vicky Ward Bey, In Proper Persona, Sui Juris
Authorized Representative
Vicky Ware, Ex Relatione
All Rights Reserved, UCC 1-207, 1-308,
c/o 80 Patton Avenue
Wyandanch Territory, New York Republic
[11798]

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| _____ | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: _____

*(Name of person to whom this subpoena is directed)*

❒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

| Place: | Date and Time: |
|---|---|
|  |  |

❒ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

|  |  |  |
|---|---|---|
| CLERK OF COURT | | |
| | OR | |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____ _____, who issues or requests this subpoena, are:

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*

on *(date)*                    .

☐ I served the subpoena by delivering a copy to the named person as follows:

on *(date)*                    ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$                    .

My fees are $                    for travel and $                    for services, for a total of $                    .

I declare under penalty of perjury that this information is true.

Date:                    

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

Vicky Ware Bey, In Proper Persona Sui Juris

JOHN DOE 1 – 1000, JANE DOE 1 - 1000

Plaintiff / Petitioner / Claimant / Crime Victim
Aggrieved and Injured Party

      VS

Mayor Eric Adams for the
CITY OF NEW YORK

Louis Molina, Commissioner
NEW YORK CITY DEPARTMENT OF CORRECTIONS

NEW YORK CITY DEPARTMENT OF CORRECTIONS

Melanie Whinnery, Executive Director
NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM

NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM

JOHN DOE 1-10,000, JANE DOE 1-10,000

DEFENDANT(S)

**AFFIDAVIT OF SERVICE
SUBPEONA DUCES TECUM WITH
DISCOVERY DEMANDS
FOR LOUIS MOLINA,
COMMISSIONER FOR
NEW YORK CITY DEPARTMENT
OF CORRECTIONS**

**CASE # 1:22-CV-02593**

On July 5, 2022, Louis Molina, Commissioner for New York City Department of Corrections located at 75-20 Astoria Boulevard, East Elmhurst New York 11370, served via United States Postal Mail Priority Mail #9505 5132 2581 2186 5858 45 the Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Party's Subpeona Duces Tecum, and additional service of a the Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Party's Summons issued by the Court was also served upon him. **The Defendants have 30 Days from June 29, 2022 from which it was served upon them and electronically filed via CM/ ECF to answer the** Plaintiff's / Petitioner's /

Injured Party's Writ and Demand for Discovery, Written Interrogatories, Answers and Admissions and to Produce copies of Plaintiff / Petitioner's / Claimant's / Aggrieved and Injured Party's (1) entire personnel file and (2) entire medical records from the New York City Department Of Corrections, New York City Department Of Corrections Health Management Division, And New York City Employees Retirement Systems. Copies of transfer requests submitted to New York City Department Of Corrections Headquarters; Copies of the employers manual for the City Of New York; New York City Department Of Corrections and the employees manual for New York City Employees Retirement System, N.Y.C.E.R.S. that was already in place during the years of 2013 – 2018; Copies of the Corrections Officers Benevolent Associations most resent Collective and Bargaining Agreement with the City of New York / New York City Department of Corrections which is due July 29, 2022 or the Defendants will be in default for failing to comply with discovery demands.

Attachments

Dated: July 5, 2022

Witnessed hereto before me on the 5ᵗʰ day of July, 2022

_____
Notary

**DAVID SCHNEIDEWIND**
**NOTARY PUBLIC, State of NY**
No. 01SC6391355
Qualified in Nassau County
Commission Exp. May 6, 2023

_____
Vicky Ware Bey, In Proper Persona
Authorized Representative for
Vicky Ware, Ex Relatione
All Rights Reserved, UCC 1-207, 1-308
c/o 80 Patton Avenue
Wyandanch Territory, New York Republic [11798]

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

_____

Vicky Ware Bey, In Proper Persona Sui Juris

JOHN DOE 1 – 1000, JANE DOE 1 - 1000


Plaintiff / Petitioner / Claimant / Crime Victim
Aggrieved and Injured Party

       VS


Mayor Eric Adams for the
CITY OF NEW YORK

Louis Molina, Commissioner
NEW YORK CITY DEPARTMENT OF CORRECTIONS

NEW YORK CITY DEPARTMENT OF CORRECTIONS

Melanie Whinnery, Executive Director
NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM

NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM

JOHN DOE 1-10,000, JANE DOE 1-10,000

DEFENDANT(S)

_____

**AFFIDAVIT OF SERVICE
SUBPEONA DUCES TECUM WITH
DISCOVERY DEMANDS
ERIC ADAMS, MAYOR FOR
THE CITY OF NEW YORK
CORPORATION COUNSEL**

**CASE # 1:22-CV-02593**


**On July 5, 2022,** Eric Adams, Mayor for City of New York, located at 100 Church Street, New

York, New York 10007, served via United States Prioity Mail  Postal Mail # 9505 5132 2581

2186 5858 69the Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and

Injured Party's Subpeona Duces Tecum,  and additional service of a the Plaintiff's /

Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Party's Summons issued by the

Court was also served upon him. **The Defendants have 30 Days from June 29, 2022 from which

it was served upon them and electronically filed via CM/ ECF and United States** answer the

Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and

Claimant's / Crime Victim's / Aggrieved and Injured Party's Writ and Demand for Discovery,

Written Interrogatories, Answers and Admissions and to Produce copies of Plaintiff / Petitioner's

/ Claimant's / Aggrieved and Injured Party's (1) entire personnel file and (2) entire medical records

from the New York City Department Of Corrections, New York City Department Of Corrections

Health Management Division, And New York City Employees Retirement Systems. Copies of

transfer requests submitted to New York City Department Of Corrections Headquarters; Copies of

the employers manual for the City Of New York; New York City Department Of Corrections and

the employees manual for New York City Employees Retirement System, N.Y.C.E.R.S. that was

already in place during the years of 2013 – 2018; Copies of the Corrections Officers Benevolent

Associations most resent Collective and Bargaining Agreement with the City of New York / New

York City Department of Corrections which is due July 29, 2022 or the Defendants will be in

default for failing to comply with discovery demands.

Attachments

Dated: July 5, 2022

Witnessed hereto before me on
the 5th day of July, 2022

Notary

Vicky Ware Bey, In Proper Persona
Authorized Representative for
Vicky Ware, Ex Relatione
All Rights Reserved, UCC 1-207, 1-308
c/o 80 Patton Avenue
Wyandanch Territory, New York Republic [11798]

DAVID SCHNEIDEWIND
NOTARY PUBLIC, State of NY
No. 01SC6391355
Qualified in Nassau County
Commission Exp. May 6, 2023

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

Vicky Ware Bey, In Proper Persona Sui Juris

JOHN DOE 1 – 1000, JANE DOE 1 - 1000

Plaintiff / Petitioner / Claimant / Crime Victim
Aggrieved and Injured Party

        VS

**AFFIDAVIT OF SERVICE
SUBPEONA DUCES TECUM WITH
DISCOVERY DEMANDS
FOR MELANIE WHINNERY
EXECUTIVE DIRECTOR FOR
NEW YORK CITY EMPLOYEES
RETIREMENT SYSTEMS**

Mayor Eric Adams for the
CITY OF NEW YORK

Louis Molina, Commissioner
NEW YORK CITY DEPARTMENT OF CORRECTIONS

NEW YORK CITY DEPARTMENT OF CORRECTIONS

Melanie Whinnery, Executive Director
NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM

NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM

JOHN DOE 1-10,000, JANE DOE 1-10,000

DEFENDANT(S)

**CASE # 1:22-CV-02593**

On July 5, 2022, Melanie Whinnery, Executive Director for NEW YORK CITY EMPLOYEES

RETIRMENT SYSTEMS located at 335 Adams Street, # 2300, Brooklyn New York 11201

served via United States Priority Postal Mail # 9505 5132 2581 2186 5858 76 the Plaintiff's /

Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Party's Subpoena Duces

Tecum, and additional service of a the Plaintiff's / Petitioner's / Claimant's / Crime

Victim's / Aggrieved and Injured Party's Summons issued by the Court was also served upon

her. **The Defendants have 30 Days from June 29, 2022 from which it was served upon them**

**and electronically filed via CM/ ECF and  to answer** the Plaintiff's / Petitioner's /

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

Vicky Ware Bey, In Proper Persona Sui Juris

JOHN DOE 1 – 1000, JANE DOE 1 - 1000

Plaintiff / Petitioner / Claimant / Crime Victim
Aggrieved and Injured Party

      VS

**AFFIDAVIT OF SERVICE
SUBPEONA DUCES TECUM WITH
DISCOVERY DEMANDS
FOR LOUIS MOLINA,
COMMISSIONER FOR
NEW YORK CITY DEPARTMENT
OF CORRECTIONS**

Mayor Eric Adams for the
CITY OF NEW YORK

**CASE # 1:22-CV-02593**

Louis Molina, Commissioner
NEW YORK CITY DEPARTMENT OF CORRECTIONS

NEW YORK CITY DEPARTMENT OF CORRECTIONS

Melanie Whinnery, Executive Director
NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM

NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM

JOHN DOE 1-10,000, JANE DOE 1-10,000

DEFENDANT(S)

On July 5, 2022, Louis Molina, Commissioner for New York City Department of Corrections

located at 75-20 Astoria Boulevard, East Elmhurst New York 11370, served via United States

Postal Mail Priority Mail #9505 5132 2581 2186 5858 45 the Plaintiff's /

Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Party's Subpeona

Duces Tecum, and additional service of a the Plaintiff's / Petitioner's /

Claimant's / Crime Victim's / Aggrieved and Injured Party's Summons issued by the Court

was also served upon him. **The Defendants have 30 Days from June 29, 2022 from**

**which it was served upon them and electronically filed via CM/ ECF** to answer the

Plaintiff's / Petitioner's /

Injured Party's Writ and Demand for Discovery, Written Interrogatories, Answers and Admissions and to Produce copies of Plaintiff / Petitioner's / Claimant's / Aggrieved and Injured Party's (1) entire personnel file and (2) entire medical records from the New York City Department Of Corrections, New York City Department Of Corrections Health Management Division, And New York City Employees Retirement Systems. Copies of transfer requests submitted to New York City Department Of Corrections Headquarters; Copies of the employers manual for the City Of New York; New York City Department Of Corrections and the employees manual for New York City Employees Retirement System, N.Y.C.E.R.S. that was already in place during the years of 2013 – 2018; Copies of the Corrections Officers Benevolent Associations most resent Collective and Bargaining Agreement with the City of New York / New York City Department of Corrections which is due July 29, 2022 or the Defendants will be in default for failing to comply with discovery demands.

Attachments

Dated: July 5, 2022

Witnessed hereto before me on the 5th day of July, 2022

_____
Notary

**DAVID SCHNEIDEWIND
NOTARY PUBLIC, State of NY
No. 01SC6391355
Qualified in Nassau County
Commission Exp. May 6, 2023**

_____
Vicky Ware Bey, In Proper Person
Authorized Representative for
Vicky Ware, Ex Relatione
All Rights Reserved, UCC 1-207, 1-308
c/o 80 Patton Avenue
Wyandanch Territory, New York Republic [11798]

Injured Party's Writ and Demand for Discovery, Written Interrogatories, Answers and Admissions and to Produce copies of Plaintiff / Petitioner's / Claimant's / Aggrieved and Injured Party's (1) entire personnel file and (2) entire medical records from the New York City Department Of Corrections, New York City Department Of Corrections Health Management Division, And New York City Employees Retirement Systems. Copies of transfer requests submitted to New York City Department Of Corrections Headquarters; Copies of the employers manual for the City Of New York; New York City Department Of Corrections and the employees manual for New York City Employees Retirement System, N.Y.C.E.R.S. that was already in place during the years of 2013 – 2018; Copies of the Corrections Officers Benevolent Associations most resent Collective and Bargaining Agreement with the City of New York / New York City Department of Corrections which is due July 29, 2022 or the Defendants will be in default for failing to comply with discovery demands.

Attachments

Dated: July 5, 2022

Witnessed hereto before me on
the 5th day of July, 2022

Notary

**DAVID SCHNEIDEWIND
NOTARY PUBLIC, State of NY
No. 01SC6391355
Qualified in Nassau County
Commission Exp. May 6, 2023**

Vicky Ware Bey, In Proper Persona
Authorized Representative for
Vicky Ware, Ex Relatione
All Rights Reserved, UCC 1-207, 1-308
c/o 80 Patton Avenue
Wyandanch Territory, New York Republic [11798]

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT IN NEW YORK

Vicky Ware Bey, In Propria Persona, Sui Juris

JOHN DOE 1 – 1000, JANE DOE 1 - 1000

Plaintiff / Petitioner / Claimant / Crime Victim /
Aggrieved and Injured Party

VS

Mayor Eric Adams for the
CITY OF NEW YORK

Louis Molina, Commissioner
NEW YORK CITY DEPARTMENT OF CORRECTIONS

NEW YORK CITY DEPARTMENT OF CORRECTIONS

Melanie Whinnery, Executive Director
NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM

NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM

JOHN DOE  1-10,000, JANE DOE 1-10,000

DEFENDANT(S)

**AFFIDAVIT**

Pre-Trial
**Demand for Discovery**
Answers and Admissions
Production of Documents
Answers with Explanations

**Case 1:22-cv-02593**

---

The Defendant's have 30 days to answer all the following questions in writing with an explanation if applicable, and to answer all questions with an admission or denial, as well as provide the requested documentation requested for inspection.

Please provide answers on a Separate sheet of paper if necessary.

Failure to serve a written answer within the time allowed will result in the admission of the following statements in the Answers and Admission portion of this demand for discovery and a default.

**PLEASE TAKE NOTICE** failure to comply with Pre-trial discovery demands, Answers and Admissions, Written Interrogatories, requests to produce specified documents in this demand for discovery in its entirety, the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party will move the court to issue an order to compelling you to comply with discovery demands.

## ANSWERS AND ADMISSIONS

**Admit or deny statements**

1. Hiring Aaron Scarlett involved an unreasonable risk to the safety and welfare of other employees and the general public.
   Admit_____ or Deny _____

2. Aaron Scarlett was involved an in incident that caused injury to another individual and to the general public in which the City of New York and New York City Department of Corrections were held liable for.
   Admit_____ or Deny _____

3. Aaron Scarlett was involved an in incident that caused the death of another individual in which the City of New York and New York City Department of Corrections were held liable for.
   Admit_____ or Deny _____

4. Aaron Scarlett was a favored male employee while he was working for New York City Department of Corrections.
   Admit_____ or Deny _____

5. Aaron Scarlett worked for George Motchen Detention Center, aka G.M.D.C and was transferred to a preferred Command or Assignment, the Transportation Division while he was employed by New York City Department of Corrections.
   Admit_____ or Deny _____

6. The Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party who was a tenured employee was denied all transfer requests after 5, 10, and 15 years of employment.
   Admit_____ or Deny _____

7. Aaron Scarlett was granted a transfer request from George Motchen Detention Center, aka G.M.D.C to the Transportation Division with less than four years on the Job.
   Admit_____ or Deny _____

8. During the years of 2013 – 2017 sexual harassment complaints were received by female employees who were retaliated against for filing complaints.
   Admit_____ or Deny _____

9. During the years of 2013 – 2017 sexual harassment complaints were received by female employees who were ignored and had to resort taking this matter to court to resolve.
   Admit_____ or Deny _____

10. The Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party was underpaid and denied hazard when she was assigned to work in the Central Punitive Segregation Unit.
    Admit_____ or Deny _____

11. Appointing Commissioner Joseph Ponte involved an unreasonable risk to the safety and welfare of employees and the general public
    Admit_____ or Deny _____

12. Joseph Ponte was the Commissioner for New York City Department of Corrections from 2013 – 2017.
    Admit_____ or Deny _____

13. Joseph Ponte was the Commissioner for New York City Department of Corrections from 2013 – 2018.
    Admit_____ or Deny _____

14. Joseph Ponte who was the Commissioner for New York City Department of Corrections was in the Navy.
    Admit_____ or Deny _____

15. Commissioner Joseph Ponte never had a Mental Health Screening prior to his appointment as Commissioner for New York City Department of Corrections.
    Admit_____ or Deny _____

16. New York City Department of Corrections has a Legal Department.
    Admit_____ or Deny _____

17. New York City Department of Corrections operates under the auspice of the City of New York.
    Admit_____ or Deny _____

18. The City of New York has its own Legal Department.
    Admit_____ or Deny _____

19. Other employees reported being stalked between the years of 2013 – 2018.
    Admit_____ or Deny _____

20. New York City Department of Corrections has conducted it on investigations for applications for employment.
    Admit_____ or Deny _____

21. Any employee who committed a violent felony during their course of employment with New York City Department of Corrections was allowed to remain employed by New York City Department Of Corrections.
    Admit_____ or Deny _____

22. Prior to employment with New York City Department of Corrections a perspective application for employment with a violent felony was hired to work for New York City Department of Corrections.
Admit_____ or Deny _____

23. Gang members were employment by the City of New York / New York City Department of Corrections as Correction Officers.
Admit_____ or Deny _____

24. Some Applicants for employment by New York City Department of Corrections during the years of 2005 – 2015 were not investigated prior to employment.
Admit_____ or Deny _____

25. Some applicants who were hired by New York City Department of Corrections were violent felons.
Admit_____ or Deny _____

26. Some applicants who were hired by New York City Department of Corrections who were not investigated prior to their employment were promoted above the rank of a Correction Officer.
Admit_____ or Deny _____

27. Some applicants who were hired by New York City Department of Corrections who were not investigated prior to their employment were promoted above the rank of Captain.
Admit_____ or Deny _____

28. Some applicants who were hired by New York City Department of Corrections who were not investigated prior to their employment were promoted above the rank of an Assistant Deputy Warden.
Admit_____ or Deny _____

29. Some applicants who were hired by New York City Department of Corrections who were not investigated prior to their employment were promoted above the rank of a Deputy Warden.
Admit_____ or Deny _____

30. Some applicants who were hired by New York City Department of Corrections who were not investigated prior to their employment were promoted above the rank of a Warden.
Admit_____ or Deny _____

31. Some applicants who were hired by New York City Department of Corrections who were not investigated prior to their employment were promoted above the rank of an Assistant Chief.
Admit_____ or Deny _____

32. New York City Department of Corrections works with other Law Enforcement Agencies within the State of New York
Admit_____ or Deny _____

33. New York City Department of Corrections works with other Law Enforcement Agencies outside of the State of New York
Admit_____ or Deny _____

34. Jessie Benitez was employed by the City of New York / New York City Department of Corrections as a Correction Officer.
Admit_____ or Deny _____

35. Jessie Benitez retired from the City of New York / New York City Department of Corrections in 2011.
Admit_____ or Deny _____

36. During the summer of 2016 Commissioner Joseph Ponte and the basketball team from the Otis Bantum Correctional Center participated in a basketball game with one of the divisions of the Army in Atlanta, Georgia.
Admit_____ or Deny _____

37. Prior to the summer of 2016 the Otis Bantum Correctional Center's basketball team has never gone to Atlanta, Georgia to compete or play basketball with any division of an armed force, specifically the Army.
Admit_____ or Deny _____

## REQUEST FOR THE PRODUCTION OF DOCUMENTS

Vicky Ware Bey, the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party and authorized representative for Vicky Ware, hereby requests that the Defendants produce at 80 Patton Avenue, Wyandanch, New York Republic [11798], for inspection and copying the documents specified below.

Please provide copies of the Plaintiff / Petitioner's / Claimant's / Aggrieved and Injured Party's (1) entire personnel file and (2) entire medical records from the New York City Department Of Corrections, New York City Department Of Corrections Health Management Division, And New York City Employees Retirement Systems. (The Plaintiff / Petitioner / Claimant / Aggrieved and Injured Party has made good faith efforts to obtain these records prior to the commencement of this action).

Please provide copies of transfer requests submitted to New York City Department Of Corrections Headquarters.

Please provide the employees manual for the City Of New York; New York City Department Of Corrections; and New York City Employees Retirement System, N.Y.C.E.R.S. that was already in place during the years of 2013 – 2018.

Provide a copy of the Corrections Officers Benevolent Associations most resent Collective and Bargaining Agreement with the City of New York / New York City Department of Corrections.

## ANSWER WITH AN EXPLANATIONS

1. Please provide the reason why Aaron Scarlett does not work for New York City
2. Department Of Corrections.

3. Does Aaron Scarlett work for any other department that operates under the auspice of the City Of New York?

4. Were there any Lawsuits lodged against New York City Department of Corrections based upon Aaron Scarlett's conduct?

5. If so what was basis of the suit and was New York City Department of Corrections found liable for his conduct?

6. Who was the Investigator for Aaron Scarlett? Please provide their name and title and address for process of service.

7. Did Aaron Scarlett have any criminal Offenses before he was hired?

8. What are the factors relating to his conduct prior to employment and proceeding employment?

9. If any criminal offenses were known, please provide or describe what was produced on his behalf relating to good conduct and rehabilitation?

10. Was there any indication that he lacked good moral character?

11. Did Aaron Scarlett's conduct cause injuries to others?  If so please describe the incidents and if or how it was legally resolved.

12. Was New York City Department of Corrections ever held liable for injuries Aaron Scarlett caused?

13. Did these injuries involve or cause death to anyone as a result of Arron Scarlett's Conduct?

14. Were these injuries related to any previous criminal offense committed by Aaron Scarlett's?

15. Did Aaron Scarlett make any misrepresentations for employment?

16. Did any of these incidents take place in or around 2015?

17. What are the requirements to become a Commissioner for New York City Department of Corrections?

18. Are mental health screenings a requirement prior to the appointment of a Commissioner for the New York City Department of Corrections?

19. Did Joseph Ponte fill these requirements?

20. Did Joseph Ponte have any mental health screening prior to him being appointed as Commissioner for the Department of Corrections?

21. Was Joseph Ponte ever in the Military? If so state what branch of the military.

22. What was Joseph Ponte rank in the Military?
23. Was Joseph Ponte ever in the Navy?

24. Was Joseph Ponte ever employed in the State of Tennessee? If so, where was he employed and what was his Title and /or Position.

25. Was Joseph Ponte ever employed by any municipality in the State of Tennessee?

26. State the names of all municipalities Joseph Ponte was appointed to or employed by in Tennessee and the years of his employment.

27. Please name the states Joseph Ponte was gainfully employed in.

28. Does Joseph Ponte have relative who live in Tennessee?

29. Does Joseph Ponte have business partners who live in Tennessee?

30. Did Joseph Ponte ever have a criminal record?

31. Please state the date of Joseph's Ponte appointment.

32. Please state the date Joseph's Ponte was employed as the Commissioner for New York City Department of Corrections?

33. Prior to Joseph Ponte being appointed as the Commissioner for New York City Department of Corrections has he ever been sued for official misconduct or has any allegations of misconduct been lodged against him? If so state the charges and outcome.

34. During Joseph Ponte appointment as Commissioner for New York City Department of Corrections has he, or his administration been accused or official misconduct of any kind?

35. Before an individual is appointed as the Commissioner for New York City Department of Corrections is a written psychological exam required? If no state the reasons why

36. Before an individual is appointed as the Commissioner for New York City Department of Corrections is an oral psychological exam required? If no state the reasons why

37. What standards are used to determine if an appointee is capable of being in a position of power (Commissioner) without abusing it?

38. Describe the Duties and responsibilities of New York City Department of Corrections E.E.O Office.

39. Describe the protocol after an employee reports harassment and employment retaliation to New York City Department of Corrections E.E.O Office.

40. When a Commissioner criminally abuses their power, what disciplinary actions are taken and please provide the policy or directive it is written in?

41. Has any employee been convicted of any violent offense which includes battery, assault, assault resulting in someone's death?

**Please provide the following information:**

**Instructions:** Please list each and every individual separately, provide their names, titles and their duration of their employment when they were employed by the City Of New / York New York City Department of Corrections. If they are no longer employed by City of New / York New York City Department Of Corrections, please state the reason why they are no longer employed by the City of New / York New York City Department of Corrections information requested for discovery.

1. Please provide the Names of the Commissioners and First Deputy Commissioners who were employed by the New York City Department of Corrections in December 2014, and the entire years of 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022. Please state If they are retired or no longer employed by the New York City Department of Corrections / City Of New York, please state the reason if they are no longer employed by New York City Department Of Corrections. Please state whether or not they are working for another department that operates under the auspice of the City Of New York. Please provide their last known residential address or if they as still employed by the City Of New York provide the current address of where they are employed at for legal process of service. Again, please state if they are still employed with the New York City Department of Corrections or any other agency that operates under the City or The State Of New York. Please name every Commissioner and First Deputy Commissioner and provide their bond numbers.

2. Please provide the Names of the Deputy Commissioners the New York City Department of Corrections / City Of New York in December 2014, and the entire years of 2015, 2016, 2017, 2018, 2019, 2020, 2021 and the names of all of the Deputy Commissioners of New York City Department of Corrections Applicant Investigation Unit in from 2006 -2017. If they are retired or no longer employed by the New York City Department of Corrections / City Of New York, please state the reason and provide their last known residential address for legal process of service, provide their bond numbers and the name of the insurance company.

3. Please provide the Names of all of the Commissioners and Deputy Commissioners of New York City Department of Corrections Equal Employment Office 2006 - 2018, and their last known residential address for legal process of service if they are no longer employed by the New York City Department Of Corrections / City Of New York, please state the reason.

4. Please provide the Names of all of the Assistant Deputy Commissioners New York City Department of Corrections in December 2014, and the entire years of 2015, 2016, 2017,2018, 2019, 2020. If they are retired or no longer employed by the New York City Department of Corrections / City Of New York, please provide their last known residential address for legal process of service provide their bond numbers and the name of the insurance company.

5. Please provide the Names of the Assistant Commissioners New York City Department of Corrections in December 2014, and the entire years of 2015, 2016, 2017, 2018. If they are retired or no longer employed by the New York City Department of Corrections / City Of New York please provide their last known residential address for legal process of service.

6. Was there ever a background checks done on anyone who was appointed as a Commissioner or hired as a Deputy Commissioner, Assistant Deputy Commissioner. Were they fully investigated to the same degree a uniformed employee are supposed to be investigated prior to employment? If not please provide the reasons.

7. The Names of the Chiefs New York City Department of Corrections in December 2014, and the entire years of 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022. If they are retired or no longer employed by the New York City Department of Corrections / City Of New York. Please state whether they are working for another department that operates under the auspice of the City Of New York. Please provide their last known residential address or if they as still employed by the City Of New York provide the current address of where they are employed at for legal process of service. Again, please state if they are still employed with the New York City Department of Corrections or any other agency that operates under the City Or The State Of New York, and provide their bond numbers and the name of the Insurance Company.

8. Please provide the Names of all the Bureau Chiefs for the New York City Department of Corrections in December 2014, and the entire years of 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022. If they are retired or no longer employed by the New York City Department of Corrections / City Of New York. Please state whether they are working for another

department that operates under the auspice of the City Of New York. Please provide their last known residential address or if they as still employed by the City Of New York provide the current address of where they are employed at for legal process of service. Again, please state if they are still employed with the New York City Department of Corrections or any other agency that operates under the City or The State Of New York and provide their bond numbers, and the name of the Insurance Company.

9.  Please provide the Names of the Assistant Chiefs of Department in December 2014, and the entire years of 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022. If they are retired or no longer employed by the New York City Department of Corrections / City Of New York. Please state whether they are working for another department that operates under the auspice of the City Of New York. Please provide their last known residential address or if they as still employed by the City Of New York provide the current address of where they are employed at for legal process of service and provide their bond numbers, and the name of the Insurance Company. Again, please state if they are still employed with the New York City Department of Corrections or any other agency that operates under the City or The State Of New York.

10. Please provide the Names of the Chiefs of Rikers Island Security in December 2014, and the entire years of 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022. If they are retired or no longer employed by the New York City Department of Corrections / City Of New York. Please state whether they are working for another department that operates under the auspice of the City Of New York. Please provide their last known residential address or if they as still employed by the City Of New York provide the current address of where they are employed at for legal process of service and provide their bond numbers and the name of the Insurance Company. Again, please state if they are still employed with the New York City Department of Corrections or any other agency that operates under the City or The State Of New York.

11. Please provide the Names of the Deputy Commissioners and all staff members assigned to the New York City Department of Corrections / City Of New York Investigation Division from 2006 – 2022. If they are retired or no longer employed by the New York City Department of Corrections / City Of New York. Please state whether they are working for another department that operates under the auspice of the City Of New York. Please provide their last known residential address or if they as still employed by the City Of New York provide the current address of where they are employed at for legal process of service and provide their bond numbers and the name of the Insurance Company. Again, please state if they are still employed with the New York City Department of Corrections or any other agency that operates under the City or The State Of New York.

12. Please provide the Names of all of the Division Chiefs in Division 1, 2, 3, 4, 5, 6, 7 employed by the New York City Department of Corrections / City Of New York in December 2014, and the entire years of 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022. If they are no longer employed by the New York City Department of Corrections / City Of New York. Please state whether they are working for another department that operates under the auspice of the City Of New York. Please provide their last known residential

address or if they as still employed by the City Of New York provide the current address of where they are employed at for legal process of service and provide their bond numbers, and the name of the Insurance Company. Again, please state if they are still employed with the New York City Department of Corrections or any other agency that operates under the City or The State Of New York.

13. Please provide the Names of the Deputy Warden in Command, or the Warden of the New York City Department of Corrections Transportation Division in December 2014, and the entire years of 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022. If they are retired or no longer employed by the New York City Department of Corrections / City Of New York for whatever reason. Please state whether they are working for another department that operates under the auspice of the City Of New York. Please provide their last known residential address or if they as still employed by the City Of New York provide the current address of where they are employed at for legal process of service, and provide their bond numbers.. Again, please state if they are still employed with the New York City Department of Corrections or any other agency that operates under the City Or The State Of New York.

14. Please provide the Names of all of the Wardens and Deputy Wardens, and Assistant Deputy Wardens and Captains assigned to the Otis Bantum Correctional Center in December 2014, and the entire years of 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022 If these staff members are retired or no longer employed by the New York City Department of Corrections / City Of New York for whatever reason. Please state whether they are working for another department that operates under the auspice of the City Of New York. Please provide their last known residential address or if they as still employed by the City Of New York provide the current address of where they are employed at for legal process of service and provide their bond numbers, and the name of the insurance company. Again, please state if they are still employed with the New York City Department of Corrections or any other agency that operates under the City Or The State Of New York.

15. Does any of the Commissioner, Assistant Commissioner, Deputy Commissioners, Chiefs, Divisions Chiefs, Wardens, Deputy Wardens, Assistant Deputy Wardens employed by the City of New York / New York City Department of Corrections have any criminal records prior to and during their course of employment which they were employed from 2014 – 2021 or prior to their promotions to these ranks / positions? if so, state who, their title, when did these offenses take place and the nature of the crime which is already on public record.

**The Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party demands that the Defendants complies with this demand for pre-trial discovery in its entirety within 30 days of receipt of this demand for discovery.**

**Failure to respond or to comply with this discovery demand in its entirety a timely fashion, which is 30 days of the receipt of this demand, the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party will move the court to compel compliance after thirty days of the Defendants receipt of this demand for discovery, if such failure is willful, the imposition of a sanction and penalties shall be applied pursuant to FRCP 37.**

Injured Parties Summons and Complaint April 8, 2022, which they have 21 calendar days to answer. The Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party does not consent to an extension of time for the Defendants to answer. Service upon the Defendants has not been docketed, the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party requests to efile her documents on this courts ECF. The Court issued a Summons on April 11, 2022, additional service will be served upon the Defendants.

Dated: April 13, 2022

Witnessed hereto before me
On the 13th Day of April, 2022

_____
Notary

_____
Vicky Wake Bey, In Propria Persona
Vicky Ware, Ex Relatione
All Rights Reserved, without prejudice
c/o 80 Patton Avenue
Wyandanch Territory, New York Republic

TINA NAPOLITANO
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01NA6077321
Qualified in Suffolk County
My Commission Expires: 1·8·22

UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

---

Vicky Ware Bey, In Propria Persona, Sui Juris

JOHN DOE 1 – 1000, JANE DOE 1 - 1000

Plaintiff / Petitioner / Claimant / Crime Victim /
Aggrieved and Injured Party

VS

Mayor Eric Adams for the
CITY OF NEW YORK

Louis Molina, Commissioner
NEW YORK CITY DEPARTMENT OF CORRECTIONS

NEW YORK CITY DEPARTMENT OF CORRECTIONS

Melanie Whinnery, Executive Director
NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM

NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM

JOHN DOE  1-10,000, JANE DOE 1-10,000

DEFENDANT(S)

**ADDENDUM TO
AFFIDAVIT**

**Pre-Trial
Demand for Discovery**
Answers with Explanations

**Case 23-1**

---

**PLEASE TAKE NOTICE** the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party – Appellant moves the court to immediately issue an order compelling the Defendants to comply with the Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Party – Appellant's discovery demands within 30 days in writing with an explanation if applicable, and answers to all questions with an admission or denial, as well as providing all requested documentation requested for inspection, as well as written answers to all Answers and Admissions, Written Interrogatories, and her requests to produce specified documents within her demands for discovery served upon them April 13, 2022 and July 6, 2022 and because the Defendants intentional failure to comply with Pre-trial discovery demands.

The Defendant's have 30 days to answer all the following questions in writing

Please provide answers on a Separate sheet of paper if necessary.

Failure to serve a written answer within the time allowed will result in the admission of the following statements in the Answers and Admission and answers with explanations portion of the Appellants demand for discovery, resulting in a default.

## ANSWER WITH AN EXPLANATIONS

Please provide the names and titles of personnel employed by New York City Department of Corrections above the rank of Deputy Warden who retired between December 2019 – the present date, and specifically between the months of May 2022 -November 2022, please state if they are employed with any other agency that operates under the City or State Of New York. Please name them and provide their bond numbers and the name of the insurance company / bonding company. Please provide their names and residential address for process of service.

Melanie Whinnery, Executive Director for New York City Employees Retirement Systems received correspondence from the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party – Appellant on several occasions informing her that the Appellants ordinary pension was impaired and diminished before any court action regarding the impairment and diminishment of her pensions was commenced. What or who prevented Melanie Whinnery from correcting the impairment and diminishment of the Appellants ordinary pension after being notified several times?

Was Melanie Whinnery Executive Director for New York City Employees Retirement Systems threatened by anyone which prevented her from properly administering her duties and fulfilling her fiduciary duties concerning the Appellant? If so please name the person(s) and their employment titles, positions or ownership in any corporation(s) and or memberships to any organizations or social groups. Please provide the name and title of the individual(s) who changed the Appellants pension number.

When the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party – Appellant notified Melanie Whinnery, Executive Director for New York City Employees Retirement Systems that her pension number had been changed who or what prevented her from correcting the fraud?

Please indicate if the Defendants have implemented new enforceable policies, procedures and directives regarding hiring, retention and training practices involving employees and those who are appointed to various positions within the Incorporated Municipality the City of New York and all of its departments, specifically New York City Department of Corrections. Please provide all employment manuals, Directives, Policies regarding this subject matter. If there are not any new Policies, Procedures, Directives, and employment manuals regarding this specific subject matter please state the reasons why.

Are there any enforceable Policies and Procedures within New York City Department of Corrections that prevents departmental corruption and disciplines employees or those who are appointed to oversee and operate New York City Department of Corrections that would prevent illegal, unlawful and criminal acts against all employees, appointees and their colleagues.

Has the City of New York developed and implemented new hiring, retention, and training practices specifically for the Department of Corrections / New York City Department of Corrections? Have new hiring, retention and training practices been implemented for New York City Department of Corrections to protect and prevent all employees from intentional and actionable discrimination, employment discrimination, workplace violence, employment related stalking and criminal harassment, sexual abuse and forced sexual exploitation of its employees and their relatives as well as criminal abuses of power by those who are employed by this department and who are appointed to commission New York City Department of Corrections.

Are there any policies and procedures that eradicates systemic discrimination within the incorporated Municipality of the City of New York and all of its agencies and departments? Please provide these Policies. If policies regarding the eradication of systemic discrimination have not been implemented please state the reasons why.

Have any State Laws, City Law or Human Rights Laws within New York and the Incorporated Municipality of the City of New York been implemented to eradicate and prevent all forms of discrimination and hate crimes specifically against Aboriginal and Indigenous North Americans who are misclassified or wrongfully identified as African American, Black, Negro, Colored?

If laws have not been implemented within the Incorporated Municipality of the City of New York to eradicate, prevent and protect all Aboriginal and Indigenous North Americans who are misclassified or wrongfully identified as African American, Black, Negro, Colored from hate crimes, interstate stalking, deprivation of rights under color of law, degrading and dehumanizing treatment as well as all forms of discrimination based upon our national origin adversely affecting our rights to equal protections under law in which we are not 14th Amendment subjects, employment, equal employment compensation, housing, education, health care, rights to privacy, and our rights to live from criminal harassment and forced exploitation / sexual exploitation (through unconsentual unlawful surveillance and the dissemination of unlawful surveillance images, and intentional violations of the wiretap act) and forced and involuntary servitude. If laws have not been implemented to eradicate, prevent, and protect all Aboriginal and Indigenous North Americans from the horrific treatment and crimes that are being publicly committed against the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party and her relatives, please explain why?

Are there any Aboriginal and Indigenous North American Hate Crime Bills pending? If not please explain why?

Dated: February 8, 2023

*Vicky Ware Bey*

---

Vicky Ware Bey, In Propria Persona
Vicky Ware, Ex Relatione
All Rights Reserved, without prejudice
c/o 80 Patton Avenue
Wyandanch Territory, New York Republic