UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

| | |
|---|---|
| Vicky Ware Bey, In Proper Persona Sui Juris | AFFIDAVIT |
| JOHN DOE 1 – 1000, JANE DOE 1 - 1000 | JUDGMENT ROLL<br>MONETARY RELIEF |
| Plaintiff / Petitioner / Claimant / Crime Victim<br>Aggrieved and Injured Party | CASE # 23-1 |

VS

Mayor Eric Adams for the
CITY OF NEW YORK

CITY OF NEW YORK

Louis Molina, Commissioner for the
NEW YORK CITY DEPARTMENT OF CORRECTIONS

Melanie Whinnery, Executive Director for the
NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM

NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM

JOHN DOE 1-10,000, JANE DOE 1-10,000

DEFENDANT(S)

The Appellant / Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party, Vicky Ware Bey, In Proper Persona Sui Juris affirms she is personally knowledgeable of all the facts and circumstances involved in this matter and she is the deponent:

On January 20, 2023, the Defendants were served the Appellant's / Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Parties Brief with its Seven Appendices which contained her Complaint, Grievances that are to be redressed, causes of action and plausible claims for which relief could be granted, in which the legal basis for her Appeal, Complaint, Grievances, causes of action and plausible claims for which relief could be granted in which all elements were established as well as prima facie evidence is on court record in addition to the remedies available to the Appellant.

The Appellees / Defendants were given 30 days to respond, refute and rebut the Appellants Brief pursuant to Federal Rules of Appellate Procedure in which the Appellees / Defendants defaulted, and ther are not general disputes in material issues or facts. The Clerk shall docket and enter this Judgment pursuant to FRCP 69, Title 28 USC 2006(1)(2), CPLR 5018(b).

The Defendants Eric Adams, Mayor for the City Of New York; Melanie Whinnery, Executive Director for New York City Employee Retirement System; New York City Employee Retirement System; Louis Molina, Commissioner for the New York City Department of Corrections; New York City Department of Corrections; via their Legal Representative, Kimberly R. Karseboom from Corporation Counsel located at 100 Church Street, New York, New York 10007.

Wherefore, the deponent filed a Notice of Judgment in the sum of $565,000,000.00 Five Hundred Sixty Five Million Dollars. This Judgment Roll along with the Notice of Judgment will be served upon the NEW YORK CITY Comptroller located at 1 Centre Street, New York, New York 10007 for immediate payment within 3 days of filing within the United States Court of Appeals, Second Circuit pursuant to FRCP 67, and upon receipt of full payment by the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party, she shall record the satisfaction of this Full judgment.

Affirmed to before me on
8th Day of March, 2023

LILNKA A. AGUIRRE
Notary Public, State of New York
No. 01SQ6404170
Qualified in Nassau County
Commission Expires February 10, 2024

Vicky Ware Bey, In Propria Persona, Sui Juris
Ex-Relational, Vicky Ware
All Rights Reserved, UCC 1-207, 1-308, 1-103
c/o 80 Patton Avenue
Wyandanch Territory, New York Republic [11798]

Docket # 23-1     United States Court of Appeals, Second Circuit     New York Republic

**JUDGMENT ROLL**

United States Court of Appeals, Second Circuit