S.D.N.Y. – N.Y.C.
22-cv-2593
Engelmayer, J.
Lehrburger, M.J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

————————

      At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of April, two thousand twenty-three.

Present:           Sarah A. L. Merriam,
                        *Circuit Judge*.

——————————————————————

John Doe 1-1000, Jane Doe 1-1000,

                *Plaintiffs*,

Vicky Ware Bey, In Propria Persona, Sui Juris,

                *Plaintiff-Appellant*,

        v.

Mayor Eric Adams, et al.,

                *Defendants-Appellees*,

New York City Department of Corrections,

                *Defendant*.

**ORDER**
Docket No. 23-1

——————————————————————

Appellant, proceeding pro se, moves for, among other things, leave to proceed in forma pauperis ("IFP"). 2d Cir. 23-1, doc. 31. The district court must rule on Appellant's IFP status for appeal before the Court of Appeals can address the motion. *See* Fed. R. App. P. 24(a)(1) and (5).

IT IS HEREBY ORDERED that Appellant's pending motions are held in abeyance in this Court. The Clerk is directed to transfer the IFP motion to the district court for determination of IFP status. Upon receipt of the district court's determination, this Court will address Appellant's motions.

               FOR THE COURT:
               Catherine O'Hagan Wolfe, Clerk of Court

