UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VICKY WARE BEY,

                              Plaintiff,

                    -v-

MAYOR ERIC ADAMS ET AL.,

                              Defendants.

---

22 Civ. 2593 (PAE) (RWL)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a motion from plaintiff to proceed *in forma pauperis* for the purposes of her appeal of the Court's December 28, 2022 Order, Dkt. 185, adopting Judge Lehrburger's November 4, 2022 Report and Recommendation, Dkt. 148, in its entirety.

"An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915 (cleaned up). After due consideration of the record in this action, and for the reasons set forth in the December 28, 2022 Order and November 4, 2022 Report and Recommendation, the Court hereby certifies that the appeal is not taken in good faith. The Court therefore denies plaintiff's motion.

SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: April 25, 2023
       New York, New York