UNITED STATES COURT OF APPEALS
SECOND CIRCUIT
_____

Vicky Ware Bey, In Proper Persona Sui Juris

JOHN DOE 1 – 1000, JANE DOE 1 - 1000

Plaintiff / Petitioner / Claimant / Crime Victim
Aggrieved and Injured Party – Appellant

    VS

Mayor Eric Adams for the
CITY OF NEW YORK

Louis Molina, Commissioner
NEW YORK CITY DEPARTMENT OF CORRECTIONS

NEW YORK CITY DEPARTMENT OF CORRECTIONS

Melanie Whinnery, Executive Director
NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM

NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM

JOHN DOE 1-10,000, JANE DOE 1-10,000

DEFENDANT(S)
_____

**AFFIRMATION**

**CORRESPONDENCE TO JUDGE SARAH MERRIAM AND NOTICE OF DISQUALIFICATION OF DISTRICT COURTS MAGISTRATE AND JUDGE**

**CASE # 23-1**

**Please Take Notice** that the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party - Appellant, Vicky Ware Bey, In Propria Persona, Sui Juris affirms she is personally knowledgeable of all facts and circumstances involved in this matter. On January 3, 2023, the the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party - Appellant, Vicky Ware Bey, In Propria Persona, Sui Juris filed a Notice of Appeal with orders from Judge Englemayer and Magistrate Robert Lehrburger who are disqualified from this matter, a Motion / Affidavit to Proceed In Forma Paupers, Form D-P, Oral Argument Statement (oral argument requested), Scheduling Notification. The Magistrate and Judge who presided over the 22-cv-

02593 from the District Court for the Southern District of New York can not decide whether this matter proceed informa paupers because they are disqualified.

This matter was docketed on January 5, 2023 at which time the Appellant filed an Acknowledgment and Notice of Appearance.

January 9, 2023, the Appellant filed a Motion for an oversized brief. January 17, 2023, the Appellant filed a Motion for immediate interim injunctive and monetary relief with the first volume of the Appellant's Appendix in which this matter has already been fully briefed.

January 20, 2023, the Appellant filed her Brief and Seven Appendices and served her Brief and Appendices upon the Defendants via Postal Mail in which they were given 30 days to respond rebutting, refuting defending against the Allegations, complaints, grievances and plausible claims contained in her causes of action and denying her appeal, the Appellees / Defendants defaulted by failing to file an Appellees Brief. Three Hard copies of the Appellant's Brief and Seven Appendices were filed in this court.

February 21, 2023, the Appellant filed a Motion for default judgment and judgment as a matter of law since there were no genuine disputes in material fact or issues. The Appellant's Motion for Default Judgment and Judgment as a matter of law has been left in perpetual abeyance since February 21, 2023. The Appellees / Defendants time to respond rebutting, refuting defending against the Allegations, complaints, grievances and plausible claims contained in the Appellant's / Plaintiff's causes of action plausible claims and grievances contained in her Appeal has already expired over 77 days ago in which the Appellant's Affidavit for Judgment has been left in abeyance.

The District Court particularly Magistrate / Judge Lehrburger and Judge Engelmayer should not decided if the Appellant should be able to proceed informa paupers they are both disqualified in

this matter, and the Appellant's Affidavit to proceed Informa Paupers was left in abeyance since January 5, 2023.

The Appellants Motion to proceed to Informa Paupers and Affidavit to proceed informa paupers had been left in perpetual abeyance since January 5, 2023, and as of February 20, 2023 this matter was fully briefed in which the Defendants / Appellees defaulted in this matter and there aren't any genuine disputes in material facts or issues.

May 3, 2023, an order was issued by Judge Engelmayer denying the Appellant's Affidavit to proceed informa paupers which the Appellant filed in court January 3, 2023. Judge Engelmayer is disqualified in this matter because he adopted Magistrte / Judge Lehrburger's reports and recommendations, including Docket # 185 in which Magistrate / Judge Lehrburger was initially disqualified from the matter in the District Court, Docket # 22-cv-02593 and should not have continued and further, recusing himself from the matter in the District from the beginning or after the Appellant requested that he recuse himself because his impartiality was questionable, he demonstrated prejudice towards the Appellant / Plaintiff and favoritism towards the Appellees / Defendants whom he was employed by in his personal capacity as a lawyer as the Appellees / Defendants Advisor, Counsel, and Special Counsel for the City of New York Law Department / Corporation Counsel who he already has a pre-existing relationship with which extened from his employment with the Defendants and their Counsel. Magistrate / Judge Lehrburger knew he was disqualified and should have recused himself from this matter and should have not proceeded any further.

The Appellant was injured by unreasonable delays in this District Court, and Magistrate / Judge Lehrburger's prejudice against the Appellant in which he denied a trial by jury and all pretrial procedures in which he continuously suppressed pretrial discovery demands made upon the

Defendants / Appellees by the Appellant / Plaintiff, he ignored both of the Appellants Proposed Civil Case Management and Scheduling Orders which is required before a trial by jury is held. Magistrate / Judge Lehrburger actively and promptly denied all of the Appellants requests for injunctive and monetary relief while her and her relatives are being deprived of their rights and publicly exploited while she waits through unreasonable court delays.

November 18, 2022, judgment was entered in favor of the Appellant who filed an undisputed Affidavit / Notice of Judgment, Judgment Roll, abstract of Judgment, Statement for Judgment along with the Summons and Complaint with all exhibits which were served upon the Defendants in this matter and notices was made to the City Comptroller located at 1 Centre Street, New York, New York 10007 which has not been satisfied.

The Appellant / Plaintiff was injured by Magistrate Lehrburger issuing an unlawful Court Order instructing the Clerk in the District Court, Southern District of New York to not file any documents received by the Appellant who is the Plaintiff / Petitioner / Claimant / Crime Victim and Aggrieved and Injured Party in S.D.N.Y, Docket #22-cv-02593 after judgment was already entered in her favor in which Magistrate / Judge Robert Lehrburger intentionally caused a miscarriage to prevent this matter from being settled further injuring her.

During this matter in the District Court Magistrate / Judge Lehrburger clearly demonstrated prejudice towards the Appellant in which he intentionally failed to preserve her rights to have a trial by jury which was demanded in her complaint in which this matter involves disputes over $20.00 and a trial by jury is supposed to be preserved by a Judge according the United States Constitution, and this matter involves diversity because the disputes involved are over $75,000.00.    The Appellant does not wish to make complaints about court personnel, Magistrate / Judge Robert Lehburger,  she bought this matter to a court of law and a court of

record to settle a dispute with the Appellees / Defendants enjoining their ongoing criminal course of conduct against her and her relatives in a lawful and civilized manner before an unbiased and impartial Judge and Jury.

This matter could have already been settled and resolved with a 30 day trial by jury in July 2022, in which this matter was hindered, unreasonably delayed, and a trial by jury was wrongfully denied.

In addition to the Appellant being injured by this miscarriage the Appellees / Defendants criminal course of conduct against her and her relatives interstate have not ceased, and the Appellees and their criminal accomplices / conspirators are intentionally slandering and destroying the Appellants reputation causing her further injury when they have the option to cease their criminal course of conduct against the Appellant and her relatives which are described in the Appellant's / Plaintiff's complaint and Appeal against the Appellees / Defendants who have the option of just leaving the Appellant / Plaintiff and her relatives alone after causing them substantive injuries, substantial injuries, irreparable harm and permanent injuries over the course of nine years.

Judge Merriam, if you, require a filing fee it should be deducted from the satisfaction upon judgment placed upon the Defendants by default, and as a matter of law since there are no genuine disputes in material issues or facts, and Appellees / Defendants have already been served a Notice of Judgment, Judgment Roll, Statement of Judgment, Abstract of Judgment, Statement for Damages along with the Proof of Service, Summons and Complaint with all exhibits / prima facie evidence, Notices of Special Appearance which was filed in the United States District Court, Southern District New York November 2022, and December 20223, and not reflected on the court record because of Magistrate / Judge Robert Lehrburger's unlawful Court Order in which he is in violation of Title 28 U.S.C 455, Title 28 U.S.C 144 and has violated the rights of

the Appellant / Petitioner Plaintiff / Claimant / Crime Victim / Aggrieved and Injured Party as well as Article III, Section 2 subsection 3, the First and Seventh Amendments in the United States Constitution.

The Appellant / Plaintiff asks the court to immediately enter judgment by default and Judgment as a matter of law since there are no genuine disputes in material facts or issues.

An undisputed Affidavit for Judgment is already on court record and all court fees should be deducted from judgment upon the Appellees / Defendants who have defaulted in this matter and genuine disputes in material facts and issues are absent from this matter and case.

The Appellant / Plaintiff and her relatives have the right to live without being stalked, criminally harassed, oppressed, slandered, groomed for sexual abuse, physically injured, subjected to genocide, murdered, forcibly exploited, illegally and unlawfully survielled in their houses and effects and places where they have a reasonable expectation of privacy with unconsentual and unlawful surveillance images of them being illegally and unlawfully recorded and publicly disseminated , all of their oral wire, wireless electronic communications hacked, illegally and unlawfully inteceped and publicly disseminated while being forcefully deprived of their rights under color of law, office, authority, ordinance, regulation, custom.

The filing of this Affirmation / Correspondence constitutes an original and service upon the Appellees / Defendants in this matter.

Date: May 8, 2023                                  Respectfully,

*Vicky Ware Bey*
_____
Vicky Ware Bey, In Proper Persona
Vicky Ware, Ex Relational
All Rights Reserved, Without prejudice
c/o 80 Patton Avenue
Wyandanch Territory, New York [11798]