**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

Docket Number(s): 23-1

Motion for: Deduct court fees from judgment entered by default and as a matter of law from the Defendants / Appellees

Caption [use short title]: Vicky Ware Bey, et al v. Eric Adams, Mayor for the City of New York et al

Set forth below precise, complete statement of relief sought:
To proceed deducting all court fees upon the entry of judgment by default and as a matter of law upon the Defendants / Appellees in this matter who are in default and who does not have any genuine disputes in material facts or issues. This matter is fully briefed and an Affidavit for Judgemen is on Court record

MOVING PARTY: /s/ Vicky Ware Bey (Non Attorney)   OPPOSING PARTY: A. Karlin, The City of New York Law Department

☑ Plaintiff   ☐ Defendant
☑ Appellant/Petitioner   ☐ Appellee/Respondent

MOVING ATTORNEY: Vicky Ware Bey (Non Attorney)   OPPOSING ATTORNEY: A. Karlin

[name of attorney, with firm, address, phone number and e-mail]

/s/ Vicky Ware Bey (Non Attorney)
80 Patton Avenue, Wyandanch Territory, New York Republic [11798]
email: endworkplaceviolence@aol.com; phone 347-869-8529

Sylvia Hinds Radix, Corporation Counsel
The City of New York Law Department, 100 Church Street, New York, New York 10007
email: AKarlin@law.nyc.gov;   Phone: 212-356-1000

Court-Judge/Agency appealed from: S.D.N.Y Robert Lehrburger / Paul Engelmayer, New York Supreme Court, Kings County

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed   ☐ Opposed   ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes   ☐ No   ☑ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below?   ☐ Yes   ☑ No
Has this relief been previously sought in this court?   ☐ Yes   ☑ No
Requested return date and explanation of emergency: We are stalking victims who need to relocate and to completely restore our privacy in which the Defendants and thier criminal accomplices invade daily, a complete separation from the Defendants and their criminal accomplices is required an injunction is required to stop the Defendants and their criminal accomplices ongoing abuse and criminal course of conduct and therapy is now required for a relative as well as privacy

Is oral argument on motion requested?   ☐ Yes   ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes   ☑ No If yes, enter date:

Signature of Moving Attorney:
/s/ Vicky Ware Bey (Non Attorney)   Date: 05/11/2023   Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

Vicky W. Bey, All Rights Reserved

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
SECOND CIRCUIT
_____

Vicky Ware Bey, In Proper Persona Sui Juris

JOHN DOE 1 – 1000, JANE DOE 1 - 1000

Plaintiff / Petitioner / Claimant / Crime Victim
Aggrieved and Injured Party – Appellant

    VS

Mayor Eric Adams for the
CITY OF NEW YORK

Louis Molina, Commissioner
NEW YORK CITY DEPARTMENT OF CORRECTIONS

NEW YORK CITY DEPARTMENT OF CORRECTIONS

Melanie Whinnery, Executive Director
NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM

NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM

JOHN DOE 1-10,000, JANE DOE 1-10,000

DEFENDANT(S)
_____

**AFFIRMATION IN SUPPORT OF MOTION TO DEDUCT COURT FEES FROM JUDGMENT UPON APPELLEES / DEFENDANTS CORRESPONDENCE TO JUDGE SARAH MERRIAM AND NOTICE OF DISQUALIFICATION OF DISTRICT COURTS MAGISTRATE AND JUDGE PRESERVATION OF COURT OMISSIONS**

**CASE # 23-1**

**Please Take Notice** that the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party - Appellant, Vicky Ware Bey, In Propria Persona, Sui Juris affirms she is personally knowledgeable of all facts and circumstances involved in this matter. On January 3, 2023, the the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party - Appellant, Vicky Ware Bey, In Propria Persona, Sui Juris filed a Notice of Appeal with orders from Judge Englemayer and Magistrate Robert Lehrburger who are disqualified from this matter, a Motion / Affidavit to Proceed In Forma Paupers, Form D-P, Oral Argument Statement (oral argument requested), Scheduling Notification. The Magistrate and Judge who presided over the 22-cv-

02593 from the District Court for the Southern District of New York can not decide whether this matter proceed informa paupers because they are disqualified.

This matter was docketed on January 5, 2023 at which time the Appellant filed an Acknowledgment and Notice of Appearance.

January 9, 2023, the Appellant filed a Motion for an oversized brief. January 17, 2023, the Appellant filed a Motion for immediate interim injunctive and monetary relief with the first volume of the Appellant's Appendix in which this matter has already been fully briefed.

January 20, 2023, the Appellant filed her Brief and Seven Appendices and served her Brief and Appendices upon the Defendants via Postal Mail in which they were given 30 days to respond rebutting, refuting defending against the Allegations, complaints, grievances and plausible claims contained in her causes of action and denying her appeal, the Appellees / Defendants defaulted by failing to file an Appellees Brief. Three Hard copies of the Appellant's Brief and Seven Appendices were filed in this court.

February 21, 2023, the Appellant filed a Motion for default judgment and judgment as a matter of law since there were no genuine disputes in material fact or issues. The Appellant's Motion for Default Judgment and Judgment as a matter of law which has been left in perpetual abeyance since February 21, 2023. The Appellees / Defendants time to file an Appellees Brief answering responding, rebutting, refuting defending against the Allegations, complaints, grievances and plausible claims contained in the Appellant's / Plaintiff's Appellants Brief has already expired over 81 days ago in which the Appellant's Affidavit for Judgment has been left in abeyance.

The District Court particularly Magistrate / Judge Lehrburger and Judge Engelmayer should not decide if the Appellant should be able to proceed informa paupers they are both disqualified in

this matter, and the Appellant's Affidavit to proceed Informa Paupers was left in abeyance since January 5, 2023.

Prior to the Appellees / Defendants defaulting in this matter the Appellant / Plaintiff filed an Oral Argument Statement January 3, 2023, requesting and oral argument upon appeal for March 7, 2023, along with her Notice of Appeal with all of its attachments which was docketed January 5, 2023, which was left in perpetual abeyance and not placed on the court calendar. Nor was a Judicial Panel assigned to this matter after it was fully briefed in addition to the Appellants Affidavit / Motion to proceed informa paupers being left in perpetual abeyance since January 5, 2023, which was also filed with her Notice of Appeal and had been left in perpetual abeyance since January 5, 2023.

January 17, 2023 the Appellant filed a motion for Emergency Monetary and Injunctive Relief / Restraining Order (docket 55, Appendix Volume 1) in which a hard copy was filed in the court so that it could be reviewed by an Applications Judge, which it did not reach. January 20, 2020, the Appellant's Motion was marked as defective at which time it was immediately cured on this date (docket 63). January 23, 2023, the Appellant filed a motion requesting that a Judicial panel be assigned to this matter and for this matter to be placed on the court calendar for an oral argument upon Appeal (docket 71), both Motions were left in perpetual abeyance since they were filed. January 26, 2023, the Appellant made a Special Appearance filing three hard copies of docket 61 with its supporting papers and a Notice of Special Appearance, filing a Notice of Special Appearance on court record (Docket 78) which was marked defective (docket 81) and not reflected on the court record as well as the Appellants motion to compel discovery (docket # 91) in which three hard copies were filed in the court and was marked defective and not reflected on court record (docket 98), cured February 9, 2023 (docket 100) and Marked defective again

(docket 101) and not reflected on the court record all which were left in perpetual abeyance. The Appellant preserves these court omissions.

As of February 20, 2023 this matter was fully briefed in which the Defendants / Appellees defaulted in this matter and there aren't any genuine disputes in material facts or issues.

May 3, 2023, an order was filed on the Court of Appeals, Second Circuit court record by Judge Engelmayer denying the Appellant's Affidavit to proceed informa paupers which the Appellant filed in court January 3, 2023. Judge Engelmayer is disqualified in this matter because he adopted Magistrte / Judge Lehrburger's reports and recommendations, including Docket # 185 in which Magistrate / Judge Lehrburger was initially disqualified from the matter in the District Court, Docket # 22-cv-02593 and should not have continued and further, recusing himself from the matter in the District from the beginning or after the Appellant requested that he recuse himself because his impartiality was questionable, he demonstrated prejudice towards the Appellant / Plaintiff and favoritism towards the Appellees / Defendants whom he was employed by in his personal capacity as a lawyer, as the Appellees / Defendants Advisor, Counsel, and Special Counsel for the City of New York Law Department / Corporation Counsel who he already has a pre-existing relationship with which extended from his employment with the Defendants and their Counsel. Magistrate / Judge Lehrburger knew he was disqualified and should have recused himself from this matter and should have not proceeded any further.

The Appellant was injured by unreasonable delays in this District Court, and Magistrate / Judge Lehrburger's prejudice against the Appellant in which he denied a trial by jury and all pretrial procedures in which he continuously suppressed pretrial discovery demands made upon the Defendants / Appellees by the Appellant / Plaintiff, he ignored both of the Appellants Proposed Civil Case Management and Scheduling Orders which is required before a trial by jury is held.

Magistrate / Judge Lehrburger actively and promptly denied all of the Appellants requests for injunctive and monetary relief while her and her relatives are being deprived of their rights and publicly exploited while she waits through unreasonable court delays.

November 18, 2022, judgment was entered in favor of the Appellant who filed an undisputed Affidavit / Notice of Judgment, Judgment Roll, abstract of Judgment, Statement for Judgment along with the Summons and Complaint with all exhibits which were served upon the Defendants in this matter and notices was made to the City Comptroller located at 1 Centre Street, New York, New York 10007 which has not been satisfied.

The Appellant / Plaintiff was injured by Magistrate Lehrburger issuing an unlawful Court Order instructing the Clerk in the District Court, Southern District of New York to not file any documents received by the Appellant who is the Plaintiff / Petitioner / Claimant / Crime Victim and Aggrieved and Injured Party in S.D.N.Y, Docket #22-cv-02593 after judgment was already entered in her favor in which Magistrate / Judge Robert Lehrburger intentionally caused a miscarriage to prevent this matter from being settled further injuring her. The Appellant preserves this court omission.

During this matter in the District Court Magistrate / Judge Lehrburger clearly demonstrated prejudice towards the Appellant in which he intentionally failed to preserve her rights to have a trial by jury which was demanded in her complaint in which this matter involves disputes over $20.00 and a trial by jury is supposed to be preserved by a Judge according the United States Constitution, and this matter involves diversity because the disputes involved are over $75,000.00. The Appellant does not wish to make complaints about court personnel, Magistrate / Judge Robert Lehburger, she bought this matter to a court of law and a court of record to settle a dispute with the Appellees / Defendants enjoining their ongoing criminal course

of conduct against her and her relatives in a lawful and civilized manner before an unbiased and impartial Judge and Jury. This matter could have already been settled and resolved with a 30 day trial by jury in July 2022, in which this matter was hindered, unreasonably delayed, and a trial by jury was wrongfully denied. The Appellant / Plaintiff preserves this court omission.

In addition to the Appellant being injured by this miscarriage the Appellees / Defendants criminal course of conduct against her and her relatives interstate have not ceased, and the Appellees and their criminal accomplices / conspirators are intentionally slandering and destroying the Appellants reputation causing her further injury when they have the option to cease their criminal course of conduct against the Appellant and her relatives which are described in the Appellant's / Plaintiff's complaint and Appeal against the Appellees / Defendants who have the option of just leaving the Appellant / Plaintiff and her relatives alone after causing them substantive injuries, substantial injuries, irreparable harm and permanent injuries over the course of nine years.

The Appellant / Plaintiff and her relatives have the right to live without being stalked, criminally harassed, exploited, sexually exploited forcibly, oppressed, slandered, groomed for perverse sexual abuse, intentional infliction of emotional distress and anguish, physically injured, subjected to genocide, murdered premeditatedly, forcibly exploited, illegally and unlawfully survielled in their houses and effects and places where they have a reasonable expectation of privacy without their consent and without their knowledge, while unlawful surveillance images of them being illegally and unlawfully recorded and publicly disseminated causing them permanent injuries, while their mail is being intercepted, and all of their oral wire, wireless electronic communications hacked, illegally and unlawfully intercepted and publicly disseminated while being forcefully deprived of their rights under color of law, office, authority, ordinance, regulation, custom, daily by the Appellees / Defendants and their criminal

accomplices / conspirators during this nine year ordeal that has become worse over the course of nine years and has not ceased.

The Appellant / Plaintiff has suffered severe economic damages as a result of the Appellees / Defendants ongoing criminal course of conduct, intentional acts of employment discrimination based upon the Appellants / Plaintiffs national origin, age, religion, occupational disability, in terms of compensation, as well as the Appellees / Defendants continued acts of employment retaliation against the Appellant / Plaintiff which are criminal and has resulted in the deaths of some of her relatives over the course of nine years.

Judge Merriam, if you, require a filing fee it should be deducted from the satisfaction upon judgment placed upon the Defendants by default, and as a matter of law since there are no genuine disputes in material issues or facts, and Appellees / Defendants have already been served a Notice of Judgment, Judgment Roll, Statement of Judgment, Abstract of Judgment, Statement for Damages along with the Proof of Service, Summons and Complaint with all exhibits / prima facie evidence, Notices of Special Appearance in which hard copies were filed in the United States District Court, Southern District New York November 2022, and December 20223, and not reflected on the court record because of Magistrate / Judge Robert Lehrburger's unlawful Court Order which violates the First Amendment in the United States Constitution, Article III, Section 2 subsection 3, and Seventh Amendment in the United States Constitution, as well as the rights of the Appellant / Petitioner / Plaintiff / Claimant / Crime Victim / Aggrieved and Injured Party, and Title 28 U.S.C 455, Title 28 U.S.C 144 because of his employment with the Defendants as Advisor, Counsel, and Special Advisor to the City of New York Law Department / Corporation Counsel whom he was employed by in his personal capacity as a lawyer in which he has demonstrated favoritism towards during the court action in the Southern District Court of

New York in which he has clearly demonstrated bias and partiality towards the Appellant / Plaintiff / Claimant / Crime Victim who is the Aggrieved and Injured Party in this matter who has suffered additional injuries as a result of Magistrate / Judge Lehrburgers behavior in which his impartiality was questionable and his blatant favoritism towards the Appellees / Defendants in this matter as well as his blatant prejudice towards the Appellant / Plaintiff / Petitioner / Claimant / Aggrieved and Injured Party who is the Crime Victim in this matter.

**Conclusion**

The Appellant / Plaintiff asks the court to immediately enter judgment by default and Judgment as a matter of law since there are no genuine disputes in material facts or issues and the Appellees were already served a Notice of Judgment, Judgment Roll, Statement of Judgment, Abstract of Judgment, Statement for Damages along with the Proof of Service, Summons and Complaint with all exhibits / prima facie evidence, Notices of Special Appearance which hard copies were filed in the United States District Court, Southern District, and not reflected on court record.

An undisputed Affidavit for Judgment is already on court record and all court fees should be deducted from judgment upon the Appellees / Defendants who have defaulted in this matter and genuine disputes in material facts and issues are absent from this matter and case.

The filing of this Affirmation / Correspondence constitutes an original and service upon the Appellees / Defendants in this matter.

Date: May 14, 2023

Respectfully,

*Vicky Ware Bey*

_____
Vicky Ware Bey, In Proper Persona
Vicky Ware, Ex Relational
All Rights Reserved, Without prejudice
c/o 80 Patton Avenue
Wyandanch Territory, New York [11798]

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Vicky Ware Bey, et al.

**CERTIFICATE OF SERVICE***

Docket Number: 23-1

v.

Eric Adams, Mayor for City of New York et al.

I, **Vicky Ware Bey**, hereby certify under penalty of perjury that
(print name)

on **May 15, 2023**, I served a copy of **Motion to deduct all court fees from Judgment**
(date)

upon the Appellees / Defendants; Correspondence to Judge Merriam; Notice of Disqualification of Magistrate and Judge and preservation of court omissions

(list all documents)

by (select all applicable)**

___ Personal Delivery     ___ United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier     **X** E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| A. Karlin, City of New York Law Department / Corporation Counsel | 100 Church Street, Akarlin@law.nyc.gov | New York | N.Y. | 10007 |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

05/16/2023
Today's Date

Vicky J. Bey, All Rights Reserved
Signature

Certificate of Service Form (Last Revised 12/2015)

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Vicky Ware Bey, et al.

v.

Eric Adams, Mayor for the City of New York, et al.

**CERTIFICATE OF SERVICE***

Docket Number: **23-1**

I, **Vicky Ware Bey**, hereby certify under penalty of perjury that
(print name)
on **May 18, 2023**, I served a copy of **Motion to deduct court fees from**
(date)
**Judgment upon the Appellees / Defendants with exhibits / Supporting documents**
(list all documents)

by (select all applicable)**

___ Personal Delivery      **X** United States Mail      ___ Federal Express or other Overnight Courier

___ Commercial Carrier     ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| N. Karlin, City of New York Law Department / Corporation Counsel | 100 Church Street | New York | N.Y. | 10007 |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

**May 18, 2023**
Today's Date

Vicky J. Bey All Rights Reserved
Signature

Certificate of Service Form (Last Revised 12/2015)