UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

---

Vicky Ware Bey, In Proper Persona Sui Juris

JOHN DOE 1 – 1000, JANE DOE 1 - 1000

Plaintiff / Petitioner / Claimant / Crime Victim
Aggrieved and Injured Party – Appellant

    VS

Mayor Eric Adams for the
CITY OF NEW YORK

Louis Molina, Commissioner
NEW YORK CITY DEPARTMENT OF CORRECTIONS

NEW YORK CITY DEPARTMENT OF CORRECTIONS

Melanie Whinnery, Executive Director
NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM

NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM

JOHN DOE 1-10,000, JANE DOE 1-10,000

DEFENDANT(S)

**AFFIRMATION**

**CORRESPONDENCE TO JUDGE SARAH MERRIAM FOR AN IMMEDIATE SETTLEMENT CONFERENCE**

**CASE # 23-1**



RECEIVED 2023 MAY 19 AM 11:33 U.S. COURT OF APPEALS COUNTER 2

---

Vicky Ware Bey, In Propria Persona, Sui Juris the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party - Appellant, affirms she is personally knowledgeable of all facts and circumstances involved in this matter. On January 3, 2023, the Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party - Appellant, Vicky Ware Bey, In Propria Persona, Sui Juris filed a Notice of Appeal with orders from Judge Englemayer and Magistrate Robert Lehrburger who are disqualified from this matter, a Motion / Affidavit to Proceed In Forma Paupers, Form D-P, Oral Argument Statement (oral argument requested), Scheduling Notification and a Certificate of Service was filed with the Appellant's Notice of Appeal in the District Court, Southern District of New York January 3, 2023 in which this matter was docketed in this Court on January 5, 2023. The Appellant's Affidavit to proceed Informa Paupers was left in perpetual abeyance since January 5, 2023, until April

13, 2023, in which I asked the Court to deduct all court fees from judgment entered upon the Appellees / Defendants in this matter. The Appellants Oral Argument Statement filed in this Court January 5, 2023 for March 6, 2023 was also left in perpetual abeyance and not added to the court calendar for an oral argument upon appeal which was also requested in the Appellant's Brief. Since the filing of these documents in January 5, 2023. January 20, 2023 the Appellees / Defendants were served the Appellant's Appellant Brief with its Seven Appendices in which they were given 30 days to reply, rebut, refute and deny the Appellant's Appeal which contained her complaint, grievances, causes of action and plausible claims for which relief could be granted according to Federal Rules of Appellate Procedure 31.

February 20, 2023 the Appellees / Defendants defaulted by failing to reply, rebut, refute and deny the Appellant's Appeal which contained her complaint, grievances, causes of action and plausible claims for which relief could be granted. On February 21, 2023, a Notice of Judgment should have been entered by the court En Banc according to Federal Rules of Appellate Procedure 36. On February 21, 2023, the Appellant filed a timely Motion for Default Judgment and Judgment as a matter of law since there were no genuine disputes in material facts or issues, this motion / Affidavit for Judgment was left in perpetual abeyance since February 21, 2023.

Honorable Merriam, the Appellant is asking for this matter to be heard before you or a judicial panel this month of May, 2023, or within seven days of the date of this Affirmation or at your earliest convenience during this month of May 2023, so that this matter could be finally resolved and the Appellees / Defendants and their criminal accomplices / conspirators criminal course of conduct against the Appellant and her relatives would cease and desist, be permanently enjoined and both parties could go their separate ways.

Date: May 19, 2023

Respectfully,

*Vicky Ware Bey*

_____
Vicky Ware Bey, In Proper Persona

Vicky Ware, Ex Relational
All Rights Reserved, Without prejudice
c/o 80 Patton Avenue
Wyandanch Territory, New York [11798]

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

CAPTION:

Vicky Ware Bey, et al.
_____

**CERTIFICATE OF SERVICE***

Docket Number: **23-1**

v.

Eric Adams, Mayor for the City of New York, et al.
_____

I, **Vicky Ware Bey, In Properia Persona**, hereby certify under penalty of perjury that
     (print name)
on **May 19, 2023**_____, I served a copy of **Affirmation / Correspondence to Honorable**
     (date)
Merriam _____
                        (list all documents)

by (select all applicable)**

___ Personal Delivery          **X** United States Mail          ___ Federal Express or other
                                                                       Overnight Courier

___ Commercial Carrier         ___ E-Mail (on consent)

on the following parties:

| A. Karla, City of New York Law Department, Corporation Counsel | 100 Church Street | New York | N.Y. | 10007 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

**May 19, 2023**
     Today's Date

Vicky J. Bay, All Rights Reserved
          Signature

Certificate of Service Form (Last Revised 12/2015)

RECEIVED 2023 MAY 19 AM 11:55 U.S. COURT OF APPEALS COUNTER