# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of June, two thousand twenty-three.

Before:      Maria Araújo Kahn,
                  *Circuit Judge*.

_____

| | |
|---|---|
| Vicky Ware Bey, In Propria Persona, Sui Juris, | |
| | **ORDER** |
| Plaintiff - Appellant, | Docket No. 23-1 |
| v. | |
| Mayor Eric Adams, City of New York, Commissioner Louis Molina, New York City Department of Corrections, Executive Director Melanie Whinnery, New York City Employees Retirement System NYCERS, New York City Employees Retirement System, NYCERS, John Doe 1-10,000, Jane Doe 1-10,000, City of New York, | |
| Defendants - Appellees, | |

_____

      Appellant, pro se, moves for permission to file electronically.

      IT IS HEREBY ORDERED that the motion is DENIED.

                                          For the Court:

                                          Catherine O'Hagan Wolfe,
                                          Clerk of Court

