UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of July, two thousand twenty-three,

John Doe 1-1000, Jane Doe 1-1000,

    Plaintiffs,

Vicky Ware Bey, In Propria Persona, Sui Juris,

    Plaintiff - Appellant,

v.

Mayor Eric Adams, City of New York, Commissioner Louis Molina, New York City Department of Corrections, Executive Director Melanie Whinnery, New York City Employees Retirement System NYCERS, New York City Employees Retirement System, NYCERS, John Doe 1-10,000, Jane Doe 1-10,000, City of New York,

    Defendants - Appellees,

New York City Department of Corrections,

    Defendant.

**ORDER**
Docket No. 23-1

Appellant Vicky Ware Bey's submission of a Form B does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

IT IS HEREBY ORDERED that the said Form B is stricken from the docket.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

