S.D.N.Y. – N.Y.C.
22-cv-2593
Engelmayer, J.
Lehrburger, M.J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of July, two thousand twenty-three.

Present:
    Richard J. Sullivan,
    Michael H. Park,
    Steven J. Menashi,
        *Circuit Judges*.

---

John Doe 1-1000, Jane Doe 1-1000,

    *Plaintiffs*,

Vicky Ware Bey, In Propria Persona, Sui Juris,

    *Plaintiff-Appellant*,

    v.    23-1

Mayor Eric Adams, et al.,

    *Defendants-Appellees*,

New York City Department of Corrections,

    *Defendant*.

---

Appellant, proceeding pro se, moves for leave to proceed in forma pauperis and other relief. Upon due consideration, it is hereby ORDERED that the motions are DENIED and the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see* 28 U.S.C. § 1915(e).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

