# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of August, two thousand twenty-three.

_____

John Doe 1-1000, Jane Doe 1-1000,

    Plaintiffs,

Vicky Ware Bey, In Propria Persona, Sui Juris,

    Plaintiff - Appellant,

v.

Mayor Eric Adams, City of New York, Commissioner Louis Molina, New York City Department of Corrections, Executive Director Melanie Whinnery, New York City Employees Retirement System NYCERS, New York City Employees Retirement System, NYCERS, John Doe 1-10,000, Jane Doe 1-10,000, City of New York,

    Defendants - Appellees,

New York City Department of Corrections,

    Defendant.
_____

**ORDER**

Docket No: 23-1

Appellant, Vicky Ware Bey, filed a motion for panel reconsideration, or, in the alternative, for reconsideration *en banc*. The panel that determined the appeal has considered the request for reconsideration, and the active members of the Court have considered the request for reconsideration *en banc*.

IT IS HEREBY ORDERED that the motion is denied.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

