United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

Date: September 28, 2023
Docket #: 23-1cv
Short Title: Ware Bey v. Adams

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

DC Docket #: 22-cv-2593
DC Court: SDNY (NEW YORK CITY)
DC Judge: Engelmayer
DC Judge: Lehrburger

## NOTICE OF DOCUMENT RETURNED

The enclosed motion is rejected for filing because the:

( )   moving party is not counsel of record.

( )   response may not be accepted because motion has been decided.

( )   relief requested must be sought in district court in the first instance.

( X )   appeal is closed, and this Court no longer has jurisdiction.