UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-1 _____     _____ Caption [use short title]

**Motion for:** Reopen the appeal, vacating the wrongful denial of the appeal, recalling

and vacating the mandate, reopening the District Court Case,

issuing a a restraining order and warrant upon NYCDOC.

Set forth below precise, complete statement of relief sought:

Reopen the appeal, vacating the wrongful denial of the appeal and recalling

and vacating the mandate, reopening the District Court Case,

issuing a a restraining order and warrant upon N.Y.C.D.O.C.

pursuant to Title 18 U.S.C 2703, Title 18 U.S.C 2516, Title 18 U.S.C 2517

because this matter involves conspiratorial elements and the premediatated murders of

some of the Appellant /Plantiffs Relatives which have not been investigated

**Vicky Ware Bey, et al. v Eric Adams, Mayor et al**

**MOVING PARTY:** Vicky Ware Bey, In Propria Persona, Sui Juris    **OPPOSING PARTY:** A. Karlin, City of New York Law Department

   ✔ Plaintiff            Defendant

   ✔ Appellant/Petitioner      Appellee/Respondent

**MOVING ATTORNEY:** Vicky Ware Bey, In Propria Persona, Sui Juris(non-atty)    **OPPOSING ATTORNEY:** A. Karlin, City of New York Law Department

[name of attorney, with firm, address, phone number and e-mail]

**Vicky Ware Bey, In Propria Persona, Sui Juris**      **A. Karlin, City of New York Law Department**

C/O 80 Patton Avenue, Wyandanch Territory, New York Republic [11798]     100 Church Street, New York, New York 10007

Email:endworkplaceviolence@Aol.com; Phone 347-869-8529     Email: Akarlin@law.nyc.gov; Phone 212-356-1000

Court- Judge/ Agency appealed from: Southern District of New York, Magistrate Robert Lehrburger, Judge Paul Engelmayer

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
   ✔ Yes    No (explain):_____

Opposing counsel's position on motion:
   ✔ Unopposed    Opposed    Don't Know
Does opposing counsel intend to file a response:
   Yes  ✔ No    Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?      Yes    No
Has this relief been previously sought in this court?    Yes    No
Requested return date and explanation of emergency: 10-11-2023
THE APPELLANT / PLAINTIFF AND HER RELATIVES ARE STALKING VICTIMS
WHO ARE BEING DEPRIVED OF THEIR RIGHTS UNDER COLOR OF LAW
ORDINANCE, STATUTE, REGULATION AND CUSTOM ON A DAILY BASIS
AND ARE BEING FORCIBLY SEXUALLY EXPLOITED WITHOUT THEIR CONSENT & THEIR LIVES ARE BEING THREATENED

Is oral argument on motion requested?      ✔ Yes    No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?      Yes ✔ No If yes, enter date:_____

**Signature of Moving Attorney:**

Vicky Ware Bey(non-atty)    Date: 9/25/23 & 10-1-23    Service by: ✔ CM/ECF    ✔ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

**Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

## MOTION INFORMATION STATEMENT

Docket Number(s): 23-1

Caption [use short title]

Motion for: Vacate order denying the Appellant's / Plaintiffs

Motion for the Court to recall the mandate and to reopen this

case and the District Court Case, restraining order

Set forth below precise, complete statement of relief sought:

vacate the order denying the Appellants / Plaintiffs

Motion for the Court to recall the mandate, for the court

to reopen this matter placing it on the circuit calendar

for oral argument upon appeal, for reconsideration, to reargue and renew

to issue a warrant upon New York City Department of Corrections

pursuant to Title 18 USC 2703;2515;2516;2517 so that this matter could be investigated

Vicky Ware Bey, et al. v Eric Adams, Mayor et al

MOVING PARTY: Vicky Ware Bey, In Propria Persona        OPPOSING PARTY: A. Karlin, City of New York Law Department / Corporation Counsel

[✔] Plaintiff        [ ] Defendant

[✔] Appellant/Petitioner        [ ] Appellee/Respondent

MOVING ATTORNEY: Vicky Ware Bey, In Propria Persona (non-atty)        OPPOSING ATTORNEY: A. Karlin, City of New York Law Department / Corporation Counsel

[name of attorney, with firm, address, phone number and e-mail]

Vicky Ware Bey, In Propria Persona (non-atty)        A. Karlin, City of New York Law Department / Corporation Counsel

c/o 80 Patron Avenue, Wyandanch Territory, New York Republic [11798]        100 Church Street, New York, New York 10007

Email Endworkplaceviolence@aol.com; Phone: 347-869-8529        Email: AKarlin@law.nyc.gov; Phone 212-356-1000

Court- Judge/ Agency appealed from: Southern District of New York, Magistrate Robert Lehrburger, and Judge Paul Engelmayer

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):

[✔] Yes   [ ] No (explain): _____

Opposing counsel's position on motion:

[ ] Unopposed  [ ] Opposed  [✔] Don't Know

Does opposing counsel intend to file a response:

[ ] Yes  [ ] No  [✔] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?        [ ] Yes [ ] No

Has this relief been previously sought in this court?        [ ] Yes [ ] No

Requested return date and explanation of emergency: 10/11/2023

THE APPELLANT / PLAINTIFF AND HER RELATIVES ARE CRIME VICTIMS

Is oral argument on motion requested?   [✔] Yes  [ ] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   [ ] Yes  [✔] No   If yes, enter date: _____

Signature of Moving Attorney:

_Vicky X Bey, All Rights Reserved_        Date: 09/25/2023        Service by: [✔] CM/ECF  [✔] Other [Attach proof of service]

Form T-1080 (rev. 12-13)

UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

_____

Vicky Ware Bey, In Proper Persona Sui Juris

JOHN DOE 1 – 1000, JANE DOE 1 - 1000


Appellant / Plaintiff / Petitioner / Claimant /
Crime Victim / Aggrieved and Injured Party




           VS



Mayor Eric Adams for the
CITY OF NEW YORK

NEW YORK CITY DEPARTMENT OF CORRECTIONS

NEW YORK CITY DEPARTMENT OF CORRECTIONS

Melanie Whinnery, Executive Director
NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM

NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM

JOHN DOE  1-10,000, JANE DOE 1-10,000

APPELLEES / DEFENDANT(S)

**AFFIRMATION IN SUPPORT OF MOTION
TO REOPEN THE APPEAL, VACATING
DENIAL OF THE APPEAL RECALLING
AND VACATING THE MANDATE,
REOPENING THE DISTRICT COURT
CASE RECUSING MAGISTRATE / JUDGE
LEHRBURGER AND ENGELMAYER SO
THAT THERE COULD BE A TRIAL BY JURY
FOR THE COURT TO ISSUE A INDEFINITE
INTERSTATE RESTRAINING ORDER AND
A WARRANT UPON NEW YORK CITY
DEPARTMENT OF CORRECTIONS
BECAUSE THIS MATTER INVOLVES
CONSPIRATORIAL ACTIVITIES THAT
HAVE NOT BEEN INVESTIGATED
DOCKET # 23-1**

_____

Vicky Ware Bey,  In Propria Persona, Sui Juris,  who is the Appellant /  Plaintiff  / Petitioner / Claimant

/ Crime Victim / Aggrieved and Injured Party, in this matter affirms she is personally knowledgeable of

all the facts and circumstances involved in this matter and hereby files this Affirmation in Support of

her Motion to recall the mandate and vacating the Order filed September 20, 2023 denying the

Appellant's  /  Plaintiff's  / Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Parties

Motion to recall the mandate, to issue a warrant so that this matter could be investigated, and to issue

an indefinite interstate restraining order because this nine year ordeal requires it.

The  Appellant  /  Plaintiff  /  Petitioner  /  Claimant  /  Crime  Victim  /  Aggrieved  and  Injured  Party

respectfully asks the court to vacate its decision denying her motion to recall the mandate.  Sufficient

reason for the Appellant's / Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Parties request for the Mandate be recalled is because of Judicial errors, omissions, oversights and unreasonable delays; this matter was not heard before the judicial panel via an oral argument upon appeal after it was requested in the Appellant's / Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Parties Appeal, and Oral Argument Statement filed on January 4, 2023, with her Notice of Appeal for March 7, 2023;

1. This matter was never placed on the Appellant Court Calendar for an oral argument upon Appeal even after this matter was fully briefed and the Appellant / Plaintiff filed several Oral Argument Statements, which is a court omission;

2. The Appellant / Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party filed a Motion to compel discovery, her motion was left in perpetual abeyance which is another court omission; the Appellees / Defendants defaulted in this matter by not filing an Appellees Brief denying the Appellant's / Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Parties Appeal within after 30 days being served the Appellant's Appellant Brief which was based upon facts, laws, Federal Laws and Constitutional Laws and Questions with its Seven Appendices, defaulting in which the Appellant filed a Motion for default Judgment and Judgment as a Matter of Law filed on February 21, 2023 which was left in perpetual abeyance which is a court omission and oversight;

3. Prior to the Appeal being made by the Appellant / Plaintiff the matter in the District Court for the Southern District of New York was miscarried because the Magistrate who presided over the case in the District Court for the Southern District of New York was disqualified because in his private practice as a lawyer he was employed by the Defendants, The City of New York in a Governmental Capacity as their Advisor, Counsel and Special Advisor to the City of New York Law Department / Corporation Counsel in which he showed favoritism towards in the S.D.N.Y court action bearing Docket Number 22-cv-02593 in which he stayed and suppressed all pretrial procedures including the Appellant's / Plaintiff's demands for pretrial discovery and both of her Proposed case management and scheduling orders required for a trial by jury which he is required to preserve a trial by jury for controversies involving $20.00 or more;

4. A Magistrate or Judge can not act as counsel for a party in a case he or she presides over, suppressing evidence; there was a miscarriage in the S.D.N.Y in which Judgment was granted in favor of the Appellant / Plaintiff on November 18, 2022, in which she filed a Notice of Judgment, Judgment Roll, Statement for Judgment, and a Notice of Entry of Judgment with a Writ of Execution. On November 22, 2022,Magistrate Lehrburger filed a void and bias unconstitutional order directing the Court Clerk in S.D.N.Y to not to accept any documents from the Appellant / Plaintiff for filing. The Appellant / Plaintiff is the Crime Victim and the Aggrieved and Injured Party in this matter.

5. On November 23, 2022, the Appellant / Plaintiff filed a hard copy of a Notice of Void Order and Disqualification and on December 10, 2022, the Appellant / Plaintiff filed hard copies of a Notice of Special Appearance, Notice of Judgment, Judgment Roll, Statement for Judgment, along with the Summons and Complaint with exhibits, Abstract of Judgment, Statement for

Damages and a Certificate of Service which has not been paid and is not reflected upon the S.D.N.Y Court Record because of Magistrate Lehrburger's void, biased and unconstitutional order, these documents were served upon the Appellees / Defendants and the City of New York Law Department and Comptroller.

6.      After this Judge Engelmayer who was working with Magistrate Lehrburger filed an order dismissing the Appellants Complaint after Judgment was granted in her favor.

7.      The Appellant / Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party was wrongfully denied all pretrial procedures and a trial by jury which was demanded in her Complaint in which she tried to move forward in this matter with pretrial procedures which were suppressed by Magistrate Lehrburger on the behalf of the Appellees / Defendants whom he was once employed by as their Advisor, Counsel and Special Advisor to the City of New York Law Department \ Corporation Counsel in a Governmental Capacity.

The Appellant / Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party is a victim of employment retaliation in which her employer and other employees and their criminal accomplices conspired to sexually exploit and stalk her in retaliation for exercising her rights and objecting to being sexually harassed at work. They used their positions in law enforcement to fabricate lies for the purpose of sexually exploiting her and subjecting her and her relatives to acts of terrorism and hate crimes during this nine year order. The Appellant / Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party and her relatives are victims of organized crime and terrorism in which an indefinite interstate restraining order is required for the safety of the Appellant and her relatives who are crime victims in this matter.

The Appellant / Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party asked the court to issue a warrant upon New York City Department of Corrections pursuant to Title 18 U.S.C 2703, and Title 18 U.S.C 2516 and Title 18 U.S.C 2517 so that this matter could be thoroughly investigated because it involves conspiratorial activities which resulted in the deaths of some of the Appellant's relatives which have not been investigated. A warrant is required and would bring light to the crimes that are being committed against the Appellant / Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party and her relatives interstate and it would also expose who all the conspirators are involved in the crimes that are being committed against the Appellant / Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party and her relatives interstate who are

crime victims who are being exploited and deprived of their rights in this matter during this nine year reign of terrorism and abuse of the Appellant / Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party and her relatives who are crime victims and the Aggrieved and Injured Parties in this matter.

All of the facts, laws and prima facie evidence the Appellant / Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party has presented in her Appeal is undisputed, her Motion for default judgment and judgment as a matter of law filed February 21, 2023 is undisputed and unopposed.

**IN CONCLUSION**

The Appellant / Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party respectfully asks the court to vacate its decision denying her motion to recall the mandate and she asks the Circuit Court reopen this matter entering judgment in her favor based upon facts, laws and prima facie evidence, which the Appellees / Defendants defaulted in this matter and because there are no genuine disputes in material facts or issues, or reopening this case placing it on the Second Circuits Calendar so that there could be an oral argument upon appeal, for rehearing, reconsideration upon renewal and to re-argue before a Judicial Panel, or to remand this matter back to the District Court, Southern District of New York recusing Magistrate Robert Lehrburger and Judge Paul Engelmayer so that all pretrial procedures could be met, and that there could be a trial by jury before a fair and impartial qualified Judge in which the Circuit Court has jurisdiction over the District Court and issuing a warrant pursuant to Title 18 U.S.C 2703, Title 18 U.S.C 2516 and Title 18 U.S.C 2517 so that this matter could be immediately and thoroughly investigated.

**Oral Argument requested.**

Date: September 25, 2023

*Vicky Ware Bey*

Vicky Ware Bey, In Proper Persona
Vicky Ware, Ex Relational
All Rights Reserved, Without prejudice
c/o 80 Patton Avenue
Wyandanch Territory, New York [11798]

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Vicky Ware Bey, In Propria Persona et al.
_____

v.

Eric Adams, Mayor et al.

**CERTIFICATE OF SERVICE***

Docket Number: __23-1__

I, __Vicky Ware Bey__, hereby certify under penalty of perjury that
(print name)
on __September 25, 2023__, I served a copy of __a Motion to vacate the denial of her__
(date)
__Motion to recall the mandate__
_____
(list all documents)

by (select all applicable)**

___ Personal Delivery       _X_ United States Mail       ___ Federal Express or other
                                                              Overnight Courier

___ Commercial Carrier       ___ E-Mail (on consent)

on the following parties:

| A. Karlin | 100 Church Street | New York | NY | 10007 |
|-----------|-------------------|----------|-------|----------|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

__September 25, 2023__                    __Vicky Ware Bey, All Rights Reserved__
Today's Date                                   Signature

Certificate of Service Form (Last Revised 12/2015)



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

New York, NY 10007 ~~OFFICIAL USE~~

| Certified Mail Fee | $4.35 | | 0798 |
|---|---|---|---|
| $ | | $0.00 | 06 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00     Postmark
☐ Certified Mail Restricted Delivery $ $0.00     Here
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ ~~$0.00~~

Postage
$ $0.90

Total Postage and Fees     09/25/2023
$ $5.25

Sent To City of New York Law Dept

Street and Apt. No., or PO Box No. Church Street

City, State, ZIP+4 New York, New York

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

7021 1970 0002 2963 4771

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**ORAL ARGUMENT STATEMENT (Local Rule 34.1(a))**

**TO REQUEST ORAL ARGUMENT, FILL OUT THIS FORM AND FILE IT WITH THE CLERK
WITHIN 14 DAYS AFTER THE FILING OF THE LAST APPELLEE BRIEF.
IF THIS FORM IS NOT TIMELY FILED, YOU WILL NOT BE PERMITTED TO ARGUE IN PERSON.**

Short Title of Case: Vicky Ware Bey, et al. v Eric Adams, Mayor et al. Docket No.: 23-1

Name of Party: Vicky Ware Bey, In Propria Persona, Sui Juris, et al.

Status of Party (e.g., appellant, cross-appellee, etc.): Appellant / Plaintiff / Crime Victim/ Aggrieved and Injured Party

Check one of the three options below:

✔ I want oral argument.

_____ I want oral argument only if
at least one other party does.

_____ I do not want oral argument.

> An attorney whose preference depends on whether other attorneys will argue should consider conferring before requesting argument. After the appeal has been scheduled for oral argument, a motion by counsel to forgo oral argument, even on consent, may be denied.

If no party wants oral argument, the case will be decided on the basis of the written briefs. If you want oral argument, you must appear in Court on the date set by the Court for oral argument.

**The Court may determine to decide a case without oral argument even if the parties request it.**

**If you want oral argument**, state the name of the person who will argue:

Name: Vicky Ware Bey, In Propria Persona, Sui Juris and A. Karlin, Attorney for the City of New York Law Department

(An attorney must be admitted to practice before the Court in accordance with Local Rule 46.1.)

**If you want oral argument**, list any dates (including religious holidays), that fall in the interval from 6 to 20 weeks after the due date of this form, that the person who will argue is not available to appear in Court:

October 11, 2023, October 20, 2023, Octobter 25, 2023, November 1, 2023, November 8, 2023

November 15, 2023

**ANYONE WHO WANTS TO ARGUE MUST UPDATE THE COURT IN WRITING OF ANY CHANGE IN
AVAILABILITY. THE COURT MAY CONSIDER A FAILURE TO UPDATE ABOUT AVAILABILITY WHEN
DECIDING A MOTION TO POSTPONE A SET ARGUMENT DATE.**

**Filed by:**

Print Name: Vicky Ware Bey, In Propria Persona     Date: 09/28/2023

Signature: _____

(Revised December 2011)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Vicky Ware Bey, In Propria Persona et al.
_____

**CERTIFICATE OF SERVICE***

Docket Number: __23-1__

v.

Eric Adams, Mayor et al.
_____

I, _Vicky Ware Bey_____, hereby certify under penalty of perjury that
(print name)

on _September 29, 2023_, I served a copy of _Oral Argument Statement_
(date)

_____
(list all documents)

by (select all applicable)**

___ Personal Delivery  **X** United States Mail  ___ Federal Express or other
Overnight Courier

___ Commercial Carrier  ___ E-Mail (on consent)

on the following parties:

| A. Karlin | 100 Church Street | New York | N.Y. | 10007 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

**September 28, 2023**
_____
Today's Date

_Vicky B. Bey All Rights Reserved_
Signature

Certificate of Service Form (Last Revised 12/2015)