**MOTION TO REOPEN THIS CASE AND TO REARGUE AND RENEW, ORAL ARGUEMENT REQUESTED**

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-1

**Caption [use short title]:** Vicky Ware Bey, et al. v Eric Adams, Mayor et al.

**Motion for:** Reopen the appeal, vacating the wrongful denial of the appeal, recalling and vacating the mandate, reopening the District Court Case, issuing a a restraining order and warrant upon NYCDOC.

**Set forth below precise, complete statement of relief sought:**
Reopen the appeal, vacating the wrongful denial of the appeal and recalling and vacating the mandate, reopening the District Court Case, issuing a a restraining order and warrant upon N.Y.C.D.O.C. pursuant to Title 18 U.S.C 2703, Title 18 U.S.C 2516, Title 18 U.S.C 2517 because this matter involves conspiratorial elements and the premeditated murders of some of the Appellant /Plantiffs Relatives which have not been investigated

**MOVING PARTY:** Vicky Ware Bey, In Propria Persona, Sui Juris
**OPPOSING PARTY:** A. Karlin, City of New York Law Department

✓ Plaintiff     ☐ Defendant
✓ Appellant/Petitioner     ☐ Appellee/Respondent

**MOVING ATTORNEY:** Vicky Ware Bey, In Propria Persona, Sui Juris(non-atty)
**OPPOSING ATTORNEY:** A. Karlin, City of New York Law Department

[name of attorney, with firm, address, phone number and e-mail]

Vicky Ware Bey, In Propria Persona, Sui Juris     A. Karlin, City of New York Law Department
C/O 80 Patton Avenue, Wyandanch Territory, New York Republic [11798]     100 Church Street, New York, New York 10007
Email:endworkplaceviolence@Aol.com; Phone 347-869-8529     Email: Akarlin@law.nyc.gov; Phone 212-356-1000

**Court- Judge/ Agency appealed from:** Southern District of New York, Magistrate Robert Lehrburger, Judge Paul Engelmayer

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
✓ Yes    ☐ No (explain):_____

Opposing counsel's position on motion:
✓ Unopposed    ☐ Opposed    ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes    ✓ No    ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?    ☐ Yes  ☐ No
Has this relief been previously sought in this court?    ☐ Yes  ☐ No
Requested return date and explanation of emergency: 10-11-2023
THE APPELLANT / PLAINTIFF AND HER RELATIVES ARE STALKING VICTIMS WHO ARE BEING DEPRIVED OF THEIR RIGHTS UNDER COLOR OF LAW ORDINANCE, STATUTE, REGULATION AND CUSTOM ON A DAILY BASIS AND ARE BEING FORCIBLY SEXUALLY EXPLOITED WITHOUT THEIR CONSENT & THEIR LIVES ARE BEING THREATENED

Is oral argument on motion requested?    ✓ Yes    ☐ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?    ☐ Yes  ✓ No  If yes, enter date:_____

**Signature of Moving Attorney:**
Vicky Ware Bey(non-atty)    Date: 9/25/23 & 10-1-23    Service by: ✓ CM/ECF  ✓ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 23-1

Motion for: Vacate order denying the Appellant's / Plaintiffs Motion for the Court to recall the mandate and to reopen this case and the District Court Case, restraining order

Set forth below precise, complete statement of relief sought:
Vacate the order denying the Appellants / Plaintiffs Motion for the Court to recall the mandate, for the court to reopen this matter placing it on the circuit calandar for enlargement upon appeal, for reconsideration, to reargue and renew to issue a warrant upon New York City Department of Corrections pursuant to Title 18 USC 2703;2515;2516;2517 so that this matter could be investigated

Caption [use short title]

Vicky Ware Bey, et al. v Eric Adams, Mayor et al

MOVING PARTY: Vicky Ware Bey, In Propria Persona   OPPOSING PARTY: A. Karlin, City of New York Law Department / Corporation Counsel

☑ Plaintiff  ☐ Defendant
☑ Appellant/Petitioner  ☐ Appellee/Respondent

MOVING ATTORNEY: Vicky Ware Bey, In Propria Persona (non-atty)   OPPOSING ATTORNEY: A. Karlin, City of New York Law Department / Corporation Counsel

[name of attorney, with firm, address, phone number and e-mail]

Vicky Ware Bey, In Propria Persona (non-atty)
c/o 80 Patton Avenue, Wyandanch Territory, New York Republic [11798]
Email: Endworkplaceviolence@aol.com; Phone: 347-869-8529

A. Karlin, City of New York Law Department / Corporation Counsel
100 Church Street, New York, New York 10007
Email: AKarlin@law.nyc.gov; Phone 212-356-1000

Court-Judge/Agency appealed from: Southern District of New York, Magistrate Robert Lehrburger, and Judge Paul Engelmayer

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):_____

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☑ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No
Requested return date and explanation of emergency: 10/11/2023
THE APPELLANT / PLAINTIFF AND HER RELATIVES ARE CRIME VICTIMS

Is oral argument on motion requested? ☑ Yes ☐ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No If yes, enter date:_____

Signature of Moving Attorney:

_Vicky X-Bey, All Rights Reserved_ Date: 09/25/2023   Service by: ☑ CM/ECF ☑ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

| | |
|---|---|
| Vicky Ware Bey, In Proper Persona Sui Juris<br><br>JOHN DOE 1 – 1000, JANE DOE 1 - 1000<br><br>Appellant / Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party<br><br>VS<br><br>Mayor Eric Adams for the<br>CITY OF NEW YORK<br><br>NEW YORK CITY DEPARTMENT OF CORRECTIONS<br><br>NEW YORK CITY DEPARTMENT OF CORRECTIONS<br><br>Melanie Whinnery, Executive Director<br>NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM<br><br>NEW YORK CITY EMPLOYEE RETIREMENT SYSTEM<br><br>JOHN DOE 1-10,000, JANE DOE 1-10,000<br><br>APPELLEES / DEFENDANT(S) | AFFIRMATION IN SUPPORT OF MOTION TO REOPEN THE APPEAL, VACATING DENIAL OF THE APPEAL RECALLING AND VACATING THE MANDATE, REOPENING THE DISTRICT COURT CASE RECUSING MAGISTRATE / JUDGE LEHRBURGER AND ENGELMAYER SO THAT THERE COULD BE A TRIAL BY JURY FOR THE COURT TO ISSUE A INDEFINITE INTERSTATE RESTRAINING ORDER AND A WARRANT UPON NEW YORK CITY DEPARTMENT OF CORRECTIONS BECAUSE THIS MATTER INVOLVES CONSPIRATORIAL ACTIVITIES THAT HAVE NOT BEEN INVESTIGATED<br>DOCKET # 23-1 |

Vicky Ware Bey, In Propria Persona, Sui Juris, who is the Appellant / Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party, in this matter affirms she is personally knowledgeable of all the facts and circumstances involved in this matter and hereby files this Affirmation in Support of her Motion to recall the mandate and vacating the Order filed September 20, 2023 denying the Appellant's / Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Parties Motion to recall the mandate, to issue a warrant so that this matter could be investigated, and to issue an indefinite interstate restraining order because this nine year ordeal requires it.

The Appellant / Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party respectfully asks the court to vacate its decision denying her motion to recall the mandate. Sufficient

reason for the Appellant's / Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Parties request for the Mandate be recalled is because of Judicial errors, omissions, oversights and unreasonable delays; this matter was not heard before the judicial panel via an oral argument upon appeal after it was requested in the Appellant's / Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Parties Appeal, and Oral Argument Statement filed on January 4, 2023, with her Notice of Appeal for March 7, 2023;

1. This matter was never placed on the Appellant Court Calendar for an oral argument upon Appeal even after this matter was fully briefed and the Appellant / Plaintiff filed several Oral Argument Statements, which is a court omission;

2. The Appellant / Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party filed a Motion to compel discovery, her motion was left in perpetual abeyance which is another court omission; the Appellees / Defendants defaulted in this matter by not filing an Appellees Brief denying the Appellant's / Plaintiff's / Petitioner's / Claimant's / Crime Victim's / Aggrieved and Injured Parties Appeal within after 30 days being served the Appellant's Appellant Brief which was based upon facts, laws, Federal Laws and Constitutional Laws and Questions with its Seven Appendices, defaulting in which the Appellant filed a Motion for default Judgment and Judgment as a Matter of Law filed on February 21, 2023 which was left in perpetual abeyance which is a court omission and oversight;

3. Prior to the Appeal being made by the Appellant / Plaintiff the matter in the District Court for the Southern District of New York was miscarried because the Magistrate who presided over the case in the District Court for the Southern District of New York was disqualified because in his private practice as a lawyer he was employed by the Defendants, The City of New York in a Governmental Capacity as their Advisor, Counsel and Special Advisor to the City of New York Law Department / Corporation Counsel in which he showed favoritism towards in the S.D.N.Y court action bearing Docket Number 22-cv-02593 in which he stayed and suppressed all pretrial procedures including the Appellant's / Plaintiff's demands for pretrial discovery and both of her Proposed case management and scheduling orders required for a trial by jury which he is required to preserve a trial by jury for controversies involving $20.00 or more;

4. A Magistrate or Judge can not act as counsel for a party in a case he or she presides over, suppressing evidence; there was a miscarriage in the S.D.N.Y in which Judgment was granted in favor of the Appellant / Plaintiff on November 18, 2022, in which she filed a Notice of Judgment, Judgment Roll, Statement for Judgment, and a Notice of Entry of Judgment with a Writ of Execution. On November 22, 2022, Magistrate Lehrburger filed a void and bias unconstitutional order directing the Court Clerk in S.D.N.Y to not to accept any documents from the Appellant / Plaintiff for filing. The Appellant / Plaintiff is the Crime Victim and the Aggrieved and Injured Party in this matter.

5. On November 23, 2022, the Appellant / Plaintiff filed a hard copy of a Notice of Void Order and Disqualification and on December 10, 2022, the Appellant / Plaintiff filed hard copies of a Notice of Special Appearance, Notice of Judgment, Judgment Roll, Statement for Judgment, along with the Summons and Complaint with exhibits, Abstract of Judgment, Statement for

Damages and a Certificate of Service which has not been paid and is not reflected upon the S.D.N.Y Court Record because of Magistrate Lehrburger's void, biased and unconstitutional order, these documents were served upon the Appellees / Defendants and the City of New York Law Department and Comptroller.

6. After this Judge Engelmayer who was working with Magistrate Lehrburger filed an order dismissing the Appellants Complaint after Judgment was granted in her favor.

7. The Appellant / Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party was wrongfully denied all pretrial procedures and a trial by jury which was demanded in her Complaint in which she tried to move forward in this matter with pretrial procedures which were suppressed by Magistrate Lehrburger on the behalf of the Appellees / Defendants whom he was once employed by as their Advisor, Counsel and Special Advisor to the City of New York Law Department \ Corporation Counsel in a Governmental Capacity.

The Appellant / Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party is a victim of employment retaliation in which her employer and other employees and their criminal accomplices conspired to sexually exploit and stalk her in retaliation for exercising her rights and objecting to being sexually harassed at work. They used their positions in law enforcement to fabricate lies for the purpose of sexually exploiting her and subjecting her and her relatives to acts of terrorism and hate crimes during this nine year order. The Appellant / Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party and her relatives are victims of organized crime and terrorism in which an indefinite interstate restraining order is required for the safety of the Appellant and her relatives who are crime victims in this matter.

The Appellant / Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party asked the court to issue a warrant upon New York City Department of Corrections pursuant to Title 18 U.S.C 2703, and Title 18 U.S.C 2516 and Title 18 U.S.C 2517 so that this matter could be thoroughly investigated because it involves conspiratorial activities which resulted in the deaths of some of the Appellant's relatives which have not been investigated. A warrant is required and would bring light to the crimes that are being committed against the Appellant / Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party and her relatives interstate and it would also expose who all the conspirators are involved in the crimes that are being committed against the Appellant / Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party and her relatives interstate who are

crime victims who are being exploited and deprived of their rights in this matter during this nine year reign of terrorism and abuse of the Appellant / Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party and her relatives who are crime victims and the Aggrieved and Injured Parties in this matter.

All of the facts, laws and prima facie evidence the Appellant / Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party has presented in her Appeal is undisputed, her Motion for default judgment and judgment as a matter of law filed February 21, 2023 is undisputed and unopposed.

**IN CONCLUSION**

The Appellant / Plaintiff / Petitioner / Claimant / Crime Victim / Aggrieved and Injured Party respectfully asks the court to vacate its decision denying her motion to recall the mandate and she asks the Circuit Court reopen this matter entering judgment in her favor based upon facts, laws and prima facie evidence, which the Appellees / Defendants defaulted in this matter and because there are no genuine disputes in material facts or issues, or reopening this case placing it on the Second Circuits Calendar so that there could be an oral argument upon appeal, for rehearing, reconsideration upon renewal and to re-argue before a Judicial Panel, or to remand this matter back to the District Court, Southern District of New York recusing Magistrate Robert Lehrburger and Judge Paul Engelmayer so that all pretrial procedures could be met, and that there could be a trial by jury before a fair and impartial qualified Judge in which the Circuit Court has jurisdiction over the District Court and issuing a warrant pursuant to Title 18 U.S.C 2703, Title 18 U.S.C 2516 and Title 18 U.S.C 2517 so that this matter could be immediately and thoroughly investigated.

**Oral Argument requested.**

Date: September 25, 2023

*Vicky Ware Bey*
Vicky Ware Bey, In Proper Persona
Vicky Ware, Ex Relational
All Rights Reserved, Without prejudice
c/o 80 Patton Avenue
Wyandanch Territory, New York [11798]

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Vicky Ware-Bey, In Propria Persona et al.

**CERTIFICATE OF SERVICE***

Docket Number: __23-1__

v.

Eric Adams, Mayor et al.

I, __Vicky Ware Bey__, hereby certify under penalty of perjury that
(print name)

on __September 25, 2023__, I served a copy of __a Motion to vacate the denial of her__
(date)
Motion to recall the mandate
(list all documents)

by (select all applicable)**

___ Personal Delivery  __X__ United States Mail  ___ Federal Express or other Overnight Courier

___ Commercial Carrier  ___ E-Mail (on consent)

on the following parties:

| A. Karlin | 100 Church Street | New York | NY | 10007 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

__September 25, 2023__
Today's Date

Signature: Vicky Ware Bey, All Rights Reserved

Certificate of Service Form (Last Revised 12/2015)



# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Vicky Ware Bey, In Propria Persona et al.

v.

Eric Adams, Mayor et al.

**CERTIFICATE OF SERVICE***

Docket Number: __23-1__

I, __Vicky Ware Bey__, hereby certify under penalty of perjury that
(print name)
on __September 29, 2023__, I served a copy of __Oral Argument Statement__
(date)

(list all documents)

by (select all applicable)**

___ Personal Delivery    __X__ United States Mail    ___ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| A. Karlin | 100 Church Street | New York | N.Y. | 10007 |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

__September 28, 2023__
Today's Date

Signature: Vicky B. Bey All Rights Reserved

Certificate of Service Form (Last Revised 12/2015)

FCM LETTER
WEST BABYLON, NY
OCT 27, 2023
$5.25
R2304P119108-15

10007

Retail
UNITED STATES POSTAL SERVICE

RDC 99

9589 0710 5270 1061 8748 61

Yishy Ware Bey
c/o 80 Grafton Avenue
Wyandanch Territory
New York Republic

United States Court of Appeals
Second Circuit
40 Foley Square
New York, New York 10007