**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: Ware Bey v. Adams Docket No.: 23-1

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jamison Davies

Firm: New York City Law Department

Address: 100 Church St., New York NY 10007

Telephone: 212-356-2490 Fax: 212-356-1148

E-mail: jdavies@law.nyc.gov

Appearance for: Mayor Eric L. Adams, Louis Molina, Melanie Whinnery, New York City Employees Retirement System, City of New York/Appellees
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Antonella Karlin/New York City Law Department )
(name/firm)

[ ] Substitute counsel (replacing other counsel: )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

**CERTIFICATION**

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 8/9/2023 OR

[ ] I applied for admission on .

Signature of Counsel: /s/ Jamison Davies

Type or Print Name: Jamison Davies