# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

**Ware Bey**

v.

**Adams**

**CERTIFICATE OF SERVICE***

Docket Number: **23-1**

I, **Jamison Davies** (print name), hereby certify under penalty of perjury that on **4/10/2025** (date), I served a copy of **notice of appearance**
for substitute counsel

(list all documents)

by (select all applicable)**

___ Personal Delivery  **X** United States Mail  ___ Federal Express or other Overnight Courier

___ Commercial Carrier  ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Vicky Ware Bey | 80 Patton Avenue | Wyandanch Territory | NY | 11798 |
| | | | | |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

**4/10/2025**
Today's Date

Signature

Certificate of Service Form (Last Revised 12/2015)